# EXHIBIT A

**COTCHETT, PITRE & MCCARTHY, LLP**
JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
TYSON REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
TAMARAH P. PREVOST (SBN 313422)
tprevost@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff Earth Island Institute*



**FILED**
**SAN MATEO COUNTY**

FEB 2 6 2020

Clerk of the Superior Court
By
DEPUTY CLERK

20 – CIV – 01213
CMP
Complaint
2263019

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# COUNTY OF SAN MATEO

**EARTH ISLAND INSTITUTE,**

                  **Plaintiff,**

    vs.

**CRYSTAL GEYSER WATER COMPANY,**
**THE CLOROX COMPANY,**
**THE COCA-COLA COMPANY,**
**PEPSICO, INC.,**
**NESTLÉ USA, INC.,**
**MARS, INCORPORATED,**
**DANONE NORTH AMERICA,**
**MONDELEZ INTERNATIONAL, INC.,**
**COLGATE-PALMOLIVE COMPANY,**
**THE PROCTER & GAMBLE COMPANY,**
**and DOES 1-25, inclusive,**

                  **Defendants.**

Case No.    **20 C I V 0 1 2 1 3**

**COMPLAINT FOR**

(1) **VIOLATIONS OF THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT;**

(2) **PUBLIC NUISANCE;**

(3) **BREACH OF EXPRESS WARRANTY;**

(4) **STRICT LIABILITY—FAILURE TO WARN;**

(5) **STRICT LIABILITY—DESIGN DEFECT;**

(6) **NEGLIGENCE; and**

(7) **NEGLIGENCE—FAILURE TO WARN**

---

**EARTH ISLAND COMPLAINT**

# **TABLE OF CONTENTS**

**Page**

I.      **INTRODUCTION** ..........................................................................................**2**

II.     **PARTIES** ........................................................................................................**10**

    A.      Plaintiff ..........................................................................................10

    B.      Defendants ......................................................................................12

    C.      Doe Defendants ..............................................................................20

    D.      Agency, Concert of Action, and Conspiracy ...................................21

III.    **JURISDICTION AND VENUE** ..................................................................**21**

IV.     **FACTUAL BACKGROUND** ........................................................................**22**

    A.      Defendants created the condition of plastic pollution, which is extraordinarily harmful to humans, animals, and the environment ..................................22

    B.      As Defendants have known for decades, recycling by itself cannot prevent plastic pollution from damaging oceans, waterways, and coasts. .........................29

    C.      Defendants refuse to adopt more sustainable alternatives in order reap higher profits resulting from using virgin plastic. ...........................................37

    D.      Defendants' decades-long campaign of misinformation about their Products' recyclability puts the cost of plastic pollution on consumers and public entities ..........................................................................................39

    E.      Earth Island Institute, its members, and the public have and will continue to incur significant harm to economic, property, recreational, and aesthetic interests ..........................................................................................47

V.      **CAUSE OF ACTION: VIOLATIONS OF CAL. CIV. CODE §§ 1750 et seq** ...........**49**

VI.     **CAUSE OF ACTION: PUBLIC NUISANCE** ..........................................**50**

VII.    **CAUSE OF ACTION: BREACH OF EXPRESS WARRANTY** .................**52**

VIII.   **CAUSE OF ACTION: STRICT LIABILITY—FAILURE TO WARN** ...................**53**

IX.     **CAUSE OF ACTION: STRICT LIABILITY—DESIGN DEFECT** ...........................**55**

X.      **CAUSE OF ACTION: NEGLIGENCE** ........................................................**57**

XI.     **CAUSE OF ACTION: NEGLIGENCE—FAILURE TO WARN** ...........................**59**

XII.    **PRAYER FOR RELIEF** ................................................................................**60**

**JURY TRIAL DEMANDED** ..................................................................................**61**

# I.     **INTRODUCTION**

1.     Earth Island Institute ("Earth Island") is a group that has long worked to protect oceans, coasts, and marine life from all manner of harm. Earth Island files this action to hold Defendants accountable for the misinformation they have spread about the recyclability of plastic, and the damage they have wrought to the environs Earth Island works to protect, as well as to Earth Island's property interests.

2.     There is a staggering 150 million metric tons of plastic in the marine environment. Plastic is present in every single part of the ocean—from the surface of the Pacific, to the near shores of Monterey Bay, to the depths of the Mariana Trench and at each of the poles.[1] Scientists



[1] Katie Mika et al., *Stemming the Tide of Plastic Marine Litter: A Global Action Agenda*, 5 UCLA SCHOOL OF LAW PRITZKER ENVT. L. POL'Y BRIEFS, Oct. 2013, www.law.ucla.edu/centers/environmental-law/emmett-institute-on-climate-change-and-the-environment/publications/stemming-the-tide-of-plastic-marine-litter/; Above Photo Credit: NOAA.

1  estimate that between 8 and 20 million tons of plastic enter the ocean annually. **At this rate,**

2  **plastic is set to outweigh fish in the ocean by 2050.**[2]

3      3.    Plastic never goes away because it is not biodegradable. Instead, plastic in the ocean

4  breaks down into smaller and smaller pieces, known as microplastics. Because of their miniscule

5  nature, microplastics are found in every nook and cranny of ocean ecosystems. They are now a

6  common component of sand and are embedded in seagrass, which is a food source for various

7  marine life. As a result, microplastics are routinely found in the digestive systems of sea dwelling

8  creatures.



27  [2] *The New Plastic Economy: Rethinking the future of plastics*, ELLEN MACARTHUR FOUNDATION, 2016, http://www3.weforum.org/docs/WEF_The_New_Plastics_Economy.pdf.

1    4.    Microplastics are also abundant in human water supplies.  The average person

2  ingests approximately 5 grams of plastic on a weekly basis—roughly the equivalent of a credit

3  card.[3]

4    5.    A significant portion of oceanic plastic pollution can be traced back to just a handful

5  of major companies who use extensive plastic packaging, much of it single-use, for their products

6  ("Products") which infiltrate marine environments.[4]  Break Free From Plastic's 2019 Global Brand

7  Audit coordinated thousands of individuals worldwide to survey plastic accumulation in 51

8  different countries to collect data about sources of plastic pollution.

9    6.    Brand audit participants gathered plastic waste from their selected site, recorded the

10  total volume of plastics collected, and used standardized data cards to identify the waste's



[3] World Wide Fund for Nature et al., *No Plastic in Nature: Assessing Plastic Ingestion from Nature to People*,  WWF ANALYSIS, June 2019.

[4] Break Free From Plastic, *Branded Vol. II Identifying the World's Top Corporate Plastic Polluters*, GREENPEACE.ORG, 2019, https://www.breakfreefromplastic.org/globalbrandauditreport2019/;
Above Photo Credit: maria mendiola on Unsplash.

- 4 -

1  composite categories: brand names, item descriptions, types of products, types of materials, layers,

2  and local recyclability.  Participants were asked to include both branded and unbranded items

3  found, and to write "unknown" if brands were not clearly marked.

4         7.     In total, 72,451 volunteers in 51 countries conducted 484 brand audits.  These

5  volunteers collected **476,423** pieces of plastic waste, 43% of which was marked with a clear

6  consumer brand.  The brand audits were concentrated between August 1 - September 30, 2019 and

7  most took place on World Cleanup Day (Sep 21).

8         8.     The audit identified the 10 companies most responsible for plastic pollution as:

9  Coca-Cola, Nestle, PepsiCo, Mondelez International, Unilever, Mars Incorporated, Procter &

10  Gamble, Colgate-Palmolive, Phillip Morris International, and Perfetti van Melle (in descending

11  order).[5] The top three contributors—Coca-Cola, PepsiCo, and Nestle—are linked to 14% of global

12  oceanic plastic pollution.[6]

13         9.     Due to strenuous efforts by organizations such as Earth Island to educate the public

14  about the impact of plastic pollution, consumers are increasingly interested in purchasing Products

15  that are either compostable or recyclable in order to divert waste from the ocean and landfills.[7] In

16  response, Defendants market and sell their Products with the "recycle symbol" on the label to

17  maintain customer loyalty and demand for Products.[8]

18        10.    And rather than switch to more sustainable materials in their Products, Defendants

19  have engaged in a decades-long campaign to deflect blame for the plastic pollution crisis to

20  consumers.  Defendants' campaigns spread the false narrative that the oceans, wildlife, and

21

22  [5] *Id.*

23  [6] Break Free From Plastic, *Branded: In Search of the World's Top Corporate Plastic Producers*
24  *Volume I*, GREENPEACE.ORG, 2018, https://www.breakfreefromplastic.org/globalbrandauditreport2018/.

25  [7] Kate Gibson & Irina Ivanova, *Suit charges Keurig's coffee pods aren't recyclable as advertised*,
26  CBS NEWS, July 11, 2019, https://www.cbsnews.com/news/keurig-coffee-pods-not-recyclable-as-advertised-according-to-class-action-suit/.

27  [8] *Id.*

28

environment would be healthy were it not for the consumers who failed to recycle their plastic. In reality, much of the purportedly "recyclable" plastic submitted to recycling facilities by consumers is not actually recyclable.

11.     As Defendants have known for decades, plastic recycling wages a losing battle to the exponential increase in plastic production each year. Recycling captures less than 10 percent of plastic produced annually. Currently, **the annual weight of plastic production globally is roughly the same as the entire weight of humanity**. Unless every human on earth melted down and repurposed their weight in plastic every year, every ecosystem worldwide will continue to be disrupted by humans' plastic waste.

# Global plastic production and its fate (1950-2015) 

Global production of polymer resins, synthetic fibres and additives, and its journey through to its ultimate fate (still in use, recycled, incinerated or discarded).
Figures below represent the cumulative mass of plastics over the period 1950-2015, measured in million tonnes.



Source: based on Geyer et al. (2017). Production, use, and fate of all plastics ever made.
This is a visualization from OurWorldInData.org, where you find data and research on how the world is changing.   Licensed under CC-BY-SA by Hannah Ritchie and Max Roser (2018).

**EARTH ISLAND COMPLAINT**

12.     Recycling facilities in the United States cannot process the **sheer volume** of Defendants' Products that are submitted to recycling facilities on an annual basis.[9]  The labor and cost required to sort, melt, and reconstitute the approximately 33 million tons of plastic produced in the United States every year is insurmountable. A recent study revealed that U.S. recycling facilities can process no more than 23% of PET#1 plastic produced each year.  PET#1 plastic is primarily used in water and soft drink bottles, and is just one of the seven types of plastic resins produced.[10] Recycling facilities can process no more than 13% of HDPE#2, a second resin type that is primarily used in milk jugs and other larger plastic containers. U.S. recyclers can process only a negligible percentage of #3–7 plastic resins, which are frequently used to produce products such as yogurt containers, food pouches, and other food, beverage, and consumer products packaging.[11]

13.     Furthermore, due to the availability of cheap raw materials to make "virgin plastic," there is no market demand for recycled plastic.  Using virgin plastic to package and make Products is cheaper than other materials, because virgin plastic is derived from oil and natural gas. Recognizing the market potential from plastic production, major oil and natural gas companies are increasingly integrating their operations to include production of plastic resins and products, which further drives down the price of "virgin plastic."[12]  As a result, recycling facilities cannot afford the cost of breaking down and reconstituting recycled plastic because there are almost no buyers of the recycled plastic.

14.     Historically, recycling facilities in the United States shipped plastic scrap submissions to China.[13]  But tons were never recycled.  Instead, they were burned and dumped into

---

[9] Michael Corkery, *As Costs Skyrocket, More U.S. Cities Stop Recycling,* The NEW YORK TIMES, Mar. 16, 2019, https://www.nytimes.com/2019/03/16/business/local-recycling-costs.html.

[10] John Hocevar, *Circular Claims Fall Flat: Comprehensive U.S. Survey of Plastics Recyclability*, GREENPEACE REPORTS, Feb. 18, 2020, www.greenpeace.org/usa/plastic_recycling.

[11] *Id.*

[12] *Fueling Plastics: Fossils, Plastics, & Petrochemical Feedstocks.* CIEL.ORG, https://www.ciel.org/reports/fuelingplastics/.

[13] Amanda Mei, *What China's Ban on Plastic Scrap Means for Global Recycling: Q&A with Kate O'neill, Author of Waste,* WILSON CENTER: NEW SECURITY BEAT, Nov. 28, 2019,

1  waterways, where they are carried into the ocean. [14]  For years, tons of plastic that U.S. consumers

2  dutifully sorted and transported to recycling facilities ultimately ended up in the ocean.



The pathway by which plastic enters the world's oceans

Licensed under CC-BY-SA by the authors.

15.    In a very real sense, much of the plastic that is labeled "recyclable" is false and

misleading due to the inability of consumers to access facilities that will actually recycle

Defendants' Products.[15]

https://www.newsecuritybeat.org/2019/11/chinas-ban-plastic-scrap-means-global-recycling-qa-kate-oneill-author-waste/.

[14] Christopher Joyce, *Where Will Your Plastic Trash Go Now that China Doesn't Want it?*, NPR.ORG, Mar. 13, 2019, https://www.npr.org/sections/goatsandsoda/2019/03/13/702501726/where-will-your-plastic-trash-go-now-that-china-doesnt-want-it; *Discarded: Communities on the Frontlines of the Global Plastic Crisis*, GAIA, Apr. 2019, https://wastetradestories.org/wp-content/uploads/2019/04/Discarded-Report-April-22-pages.pdf.

[15] John Hocevar, *Circular Claims Fall Flat: Comprehensive U.S. Survey of Plastics Recyclability*, GREENPEACE REPORTS, Feb. 18, 2020, www.greenpeace.org/usa/plastic_recycling.

**EARTH ISLAND COMPLAINT**

16.    Rather than switch to more sustainable packaging and production practices, Defendants continue to spread misinformation about the true causes and solutions to plastic pollution.  By convincing consumers that the way to solve the plastic problem is through recycling, Defendants have externalized the cost of their business' Product sales and distribution system— which creates mega-tons of plastic pollution—to the public.

17.    Defendants are major food, beverage, and consumer products businesses—some of them are in fact the world's largest—and are responsible for a substantial portion of the total plastic pollution currently present in California's waterways and coasts. [16]

18.    Defendants have created the condition of plastic pollution in California's coasts and waterways 1) by refusing to switch to more sustainable materials in order to reap higher profits



[16] *Mouth of Los Angeles River, Long Beach, CA*, PLASTIC POLLUTION COALITION, Photo Credit: Bill McDonald / Algalita Foundation, https://www.flickr.com/photos/plasticpollution/4349812433/.

1  from cheap, virgin plastic, 2) engaging in a campaign of misinformation about the true causes of

2  plastic pollution and viable solutions for mitigating its effects, 3) and deceptively maintaining

3  consumer loyalty and demand for Defendants' Products by falsely advertising the Products'

4  recyclability. Defendants reap billions in profits, while public and nonprofit organizations such as

5  Earth Island Institute spend billions in public and charitable funds to mitigate the effect of plastic

6  pollution on humans, wildlife, oceans, and waterways.

7       19.     By this action, Plaintiff seeks to ensure that the parties responsible for marine plastic

8  pollution bear the costs of its impacts, rather than Plaintiff and members of the public that rely on

9  and enjoy California's coasts and waterways.

10      20.     Earth Island has had to allocate significant resources to combatting the effect of

11  plastic on marine wildlife and ecosystems. **In recent years the cost and expense of cleaning**

12  **California beaches, informing the public about plastic and the limitations of recycling, and**

13  **aiding marine life that has been choked, starved, poisoned, or suffocated by plastic, has grown**

14  **exponentially.**

15      21.     As an actual and proximate consequence of Defendants' conduct, Earth Island was

16  forced to divert organizational resources to remediate waterways and coasts impacted by plastic

17  pollution, and to counteract threats to marine wildlife from plastic in California. Earth Island has

18  also expended resources to remediate waterways on its private property in Richmond, California

19  that are impacted by plastic pollution. Earth Island and its members have been deprived of the

20  ability to enjoy and utilize the ocean environment and have experienced harm to their aesthetic

21  interests.

22  **II.     PARTIES**

23  **A.     Plaintiff**

24      22.     Plaintiff **Earth Island Institute** ("Earth Island") is a non-profit, public interest,

25  membership organization established pursuant to section 501(c)(3) of the Internal Revenue Code,

26  and headquartered in Berkeley, California. Through its fiscally-sponsored projects and

27

28

1  programmatic work, Earth Island has worked to combat plastic pollution, and protect California

2  coasts, and marine life from myriad harms.

3      23.   Earth Island brings these claims in its own name and on behalf of its following

4  fiscally-sponsored projects:

5      a.   Plastic Pollution Coalition ("PPC") is a fiscally-sponsored project of Earth

6          Island.  PPC staff are employees of Earth Island. PPC, founded in 2009, is a

7          growing global alliance of more than 1,000 organizations, businesses, and

8          thought leaders in 75 countries working toward a world free of plastic

9          pollution and its toxic impacts on humans, animals, waterways, oceans, and

10          the environment.

11      b.   The International Marine Mammal Project ("IMMP") is a fiscally-sponsored

12          project of Earth Island.  IMMP staff are employees of Earth Island. For more

13          than 30 years, IMMP has been one of the leading groups fighting to protect

14          dolphins, whales, and the ocean environment.

15      c.   Shark Stewards is a fiscally-sponsored project of Earth Island. Shark

16          Stewards staff are employees of Earth Island.  Shark Stewards' mission is to

17          restore ocean health by saving sharks from overfishing and the shark fin

18          trade, and protecting critical marine habitats through the establishment of

19          marine protected areas and shark sanctuaries. As part of this effort, it

20          launched a marine debris prevention effort that regularly conducts cleanups

21          and quantifies marine debris in the San Francisco Bay area.

22      d.   1000 Fountains is a fiscally-sponsored project of Earth Island. 1000

23          Fountains staff are employees of Earth Island. 1000 Fountains is building a

24          network of one thousand drinking fountains throughout San Francisco in

25          order to provide consumers with alternatives to single-use plastic bottles.

26

27

28

24.     Earth Island also brings these claims as a representative of its members that are and will continue to be injured by Defendants' conduct and the consequent harms to waterways, coasts, and marine life in California.

25.     Earth Island has standing as an organization because, through its fiscally-sponsored projects and programmatic work, it has diverted resources to address plastic pollution in California by, among other things:

    a.   working to mitigate the negative impacts of plastic on marine species;

    b.   utilizing extensive staff time to understand the issue of plastic pollution;

    c.   advocating to all level of government for sensible regulations of plastic;

    d.   organizing plastic pollution clean-up activities;

    e.   educating the media and public about plastic pollution.

Absent relief from this Court, plastic pollution and the resulting harms to California waterways, coasts, and marine life will continue negatively to impact Earth Island's efforts to protect these critical resources.

26.     Earth Island also has standing as a property owner of 5.6 acres in Richmond, California, that includes two waterways connected to the San Francisco Bay, which are adversely impacted by plastic pollution.

27.     Earth Island has representative standing on behalf of its members because numerous members are deprived of the ability to enjoy and utilize the ocean environment as a result of marine plastic pollution, and/or experience harm to their aesthetic interests from marine plastic pollution. As detailed above, protecting oceans, coasts, and marine life from myriad harms are all central to Earth Island's purpose.  Participation by individual members is not necessary for determination of the claims alleged or for the relief requested.

**B.     Defendants**

28.     Defendants are major food, beverage, and consumer products businesses, and are responsible for a substantial portion of the total plastic pollution currently present in California waterways and coasts.

29.     When reference in this complaint is made to an act or omission of the Defendants, unless specifically attributed or otherwise stated, such references should be interpreted to mean that the officers, directors, agents, employees, or representatives of the Defendants committed or authorized such an act or omission, or failed to adequately supervise or properly control or direct their employees while engaged in the management, direction, operation or control of the affairs of Defendants, and did so while acting within the scope of their employment or agency.

30.     Defendant **Crystal Geyser Water Company** ("Crystal Geyser") is a company incorporated in California and has its principal place of business in Calistoga, California.  Crystal Geyser is a privately-owned subsidiary of Japanese multinational corporation Otsuka Holdings Co. Ltd. Crystal Geyser produces bottled sparkling and mineral water, and it produces tea products under the Tejava brand.

31.     Crystal Geyser controls company-wide packaging and marketing decisions.  Crystal Geyser, through its employees and/or agents, manages directs, conducts and/or controls operations relating to the process by which Crystal Geyser products are packaged, marketed, and/or sold to consumers.  Crystal Geyser's management, direction, conduct and/or control is exercised through a variety of means, including through its employees' and/or agents' implementation of policies, procedures, and programs relating to product packaging and marketing.

32.     As a result of its management, direction, conduct, and/or control of operations relating to company-wide packaging and marketing decisions, Defendant Crystal Geyser is responsible for its past and current production and promotion of Crystal Geyser products in single-use plastic packaging.

33.     Crystal Geyser directs and has directed substantial business to California.  A substantial portion of Crystal Geyser products are or have been packaged, transported, traded, distributed, marketed, promoted, sold, and/or consumed in California, from which Crystal Geyser derives and has derived substantial revenue.

34.     Defendant **The Clorox Company ("Clorox")** is  multinational company, with its principal place of business in Oakland, California.  Clorox is a leading producer of household

1   cleaning, personal care, packaged food, and hygiene products, and produces a wide variety of

2   products under a number of popular brands, including Burt's Bees, Formula 409, Glad, Hidden

3   Valley, Liquid-Plumr, Pine-Sol, and Kingsford charcoal.

4        35.    Clorox controls company-wide packaging and marketing decisions.  Clorox, through

5   its employees and/or agents, manages directs, conducts and/or controls operations relating to the

6   process by which Clorox and affiliated products are packaged, marketed, and/or sold to consumers.

7   Clorox's management, direction, conduct and/or control is exercised through a variety of means,

8   including through its employees' and/or agents' implementation of policies, procedures, and

9   programs relating to product packaging and marketing.

10        36.    As a result of its management, direction, conduct, and/or control of operations

11   relating to company-wide packaging and marketing decisions, Defendant Clorox is responsible for

12   its past and current production and promotion of Clorox and affiliated products in plastic packaging.

13        37.    Clorox directs and has directed substantial business to California.  A substantial

14   portion of Clorox products are or have been packaged, transported, traded, distributed, marketed,

15   promoted, sold, and/or consumed in California, from which Clorox derives and has derived

16   substantial revenue.

17        38.    Defendant **The Coca-Cola Company** ("Coca-Cola") is a multinational company

18   incorporated in Delaware, with its principal place of business in Atlanta, Georgia.  In North

19   America, Coca-Cola is an integrated manufacturer, bottler, distributor, retailer, and marketer of

20   nonalcoholic beverages.  Outside of North America, Coca-Cola operates a franchised distribution

21   system. Coca-Cola controls company-wide packaging and marketing decisions.  Coca-Cola, through

22   its employees and/or agents, manages directs, conducts and/or controls operations relating to its

23   subsidiaries' and franchisees' participation in the process by which Coca-Cola products are

24   packaged, marketed, and/or sold to consumers.  Coca-Cola's management, direction, conduct and/or

25   control is exercised through a variety of means, including through its employees' and/or agents'

26   implementation of policies, procedures, and programs relating to product packaging and marketing.

27

28

1    39.    As a result of its management, direction, conduct, and/or control of operations

2    relating to company-wide packaging and marketing decisions, Defendant Coca-Cola is responsible

3    for its subsidiaries' and franchisees' past and current production and promotion of Coca-Cola

4    products in single-use plastic packaging.

5    40.    Coca-Cola directs and has directed substantial business to California.  A substantial

6    portion of Coca-Cola's products are or have been packaged, transported, traded, distributed,

7    marketed, promoted, sold, and/or consumed in California, from which Coca-Cola derives and has

8    derived substantial revenue.

9    41.    Defendant **PepsiCo, Inc.** ("PepsiCo") is a multinational company incorporated in

10   New York, with its principal place of business in Harrison, New York.  Based on net revenue,

11   PepsiCo is the second largest food and business beverage business in the world, and the largest in

12   North America.  Bottling and distribution of PepsiCo products is conducted by PepsiCo as well as

13   licensees.

14   42.    PepsiCo controls company-wide packaging and marketing decisions.  PepsiCo,

15   through its employees and/or agents, manages directs, conducts and/or controls operations relating

16   to its subsidiaries' and licensees' participation in the process by which PepsiCo products are

17   packaged, marketed, and/or sold to consumers.  PepsiCo's management, direction, conduct and/or

18   control is exercised through a variety of means, including through its employees' and/or agents'

19   implementation of policies, procedures, and programs relating to product packaging and marketing.

20   43.    As a result of its management, direction, conduct, and/or control of operations

21   relating to company-wide packaging and marketing decisions, Defendant PepsiCo is responsible for

22   its subsidiaries' and franchisees' past and current production and promotion of PepsiCo products in

23   single-use plastic packaging.

24   44.    PepsiCo directs and has directed substantial business to California.  A substantial

25   portion of PepsiCo's products are or have been packaged, transported, traded, distributed, marketed,

26   promoted, sold, and/or consumed in California, from which PepsiCo derives and has derived

27   substantial revenue.

28

45.    Defendant **Nestlé USA, Inc.** ("Nestlé USA") is a subsidiary of the Swiss multinational corporation Nestlé and has its principal place of business in Arlington, VA.  Nestlé is the world's largest food and beverage company, and Nestlé USA produces a wide variety of food and beverage products under a number of popular brands, including Starbucks, Nespresso, and Gerber.

46.    Nestlé USA controls company-wide packaging and marketing decisions.  Nestlé USA, through its employees and/or agents, manages directs, conducts and/or controls operations relating to the process by which Nestlé USA and affiliated products are packaged, marketed, and/or sold to consumers.  Nestlé USA's management, direction, conduct and/or control is exercised through a variety of means, including through its employees' and/or agents' implementation of policies, procedures, and programs relating to product packaging and marketing.

47.    As a result of its management, direction, conduct, and/or control of operations relating to company-wide packaging and marketing decisions, Defendant Nestlé USA is responsible for its past and current production and promotion of Nestlé USA and affiliated products in single-use plastic packaging.

48.    Nestlé USA directs and has directed substantial business to California.  A substantial portion of Nestlé USA products are or have been packaged, transported, traded, distributed, marketed, promoted, sold, and/or consumed in California, from which Nestlé USA derives and has derived substantial revenue.

49.    Defendant **Mondelez International, Inc.** ("Mondelez International") is a multinational company incorporated in Virginia, with its principal place of business in Deerfield, Illinois.  Mondelez International is a leading producer of confectionary, food, and beverages, and produces a wide variety of products under a number of popular brands, including Nabisco, Oreo, and Ritz.

50.    Mondelez International controls company-wide packaging and marketing decisions.  Mondelez International, through its employees and/or agents, manages directs, conducts and/or controls operations relating to the process by which Mondelez International and affiliated products

1  are packaged, marketed, and/or sold to consumers.  Mondelez International's management,

2  direction, conduct and/or control is exercised through a variety of means, including through its

3  employees' and/or agents' implementation of policies, procedures, and programs relating to product

4  packaging and marketing.

5      51.    As a result of its management, direction, conduct, and/or control of operations

6  relating to company-wide packaging and marketing decisions, Defendant Mondelez International is

7  responsible for its past and current production and promotion of Mondelez International and

8  affiliated products in single-use plastic packaging.

9      52.    Mondelez International directs and has directed substantial business to California.  A

10  substantial portion of Mondelez International products are or have been packaged, transported,

11  traded, distributed, marketed, promoted, sold, and/or consumed in California, from which Mondelez

12  International derives and has derived substantial revenue.

13      53.    Defendant **The Procter & Gamble Company** ("Procter & Gamble") is  a

14  multinational company incorporated in Ohio, with its principal place of business in Cincinnati, OH.

15  Procter & Gamble is a leading producer of personal health, personal care, and hygiene products, and

16  Procter & Gamble produces a wide variety of products under a number of popular brands, including

17  Tide, Tampax, Old Spice, Dawn, Gillette, Oral B, and Olay.

18      54.    Procter & Gamble controls company-wide packaging and marketing decisions.

19  Procter & Gamble, through its employees and/or agents, manages directs, conducts and/or controls

20  operations relating to the process by which Procter & Gamble and affiliated products are packaged,

21  marketed, and/or sold to consumers.  Procter & Gamble's management, direction, conduct and/or

22  control is exercised through a variety of means, including through its employees' and/or agents'

23  implementation of policies, procedures, and programs relating to product packaging and marketing.

24      55.    As a result of its management, direction, conduct, and/or control of operations

25  relating to company-wide packaging and marketing decisions, Defendant Procter & Gamble is

26  responsible for its past and current production and promotion of Procter & Gamble and affiliated

27  products in plastic packaging.

28

56.     Procter & Gamble directs and has directed substantial business to California.  A substantial portion of Procter & Gamble products are or have been packaged, transported, traded, distributed, marketed, promoted, sold, and/or consumed in California, from which Procter & Gamble derives and has derived substantial revenue.

57.     Defendant **Mars, Incorporated** ("Mars") and its affiliates, is a privately-owned multinational company incorporated in Delaware, with its principal place of business in McLean, Virginia.  Mars is a leading producer of confectionary, pet food, and other food products, and Mars produces a wide variety of products under a number of popular brands, including M&M's, Mars, Skittles, Whiskas, and Uncle Ben's.

58.     Mars controls company-wide packaging and marketing decisions.  Mars, through its employees and/or agents, manages directs, conducts and/or controls operations relating to the process by which Mars and affiliated products are packaged, marketed, and/or sold to consumers.  Mars' management, direction, conduct and/or control is exercised through a variety of means, including through its employees' and/or agents' implementation of policies, procedures, and programs relating to product packaging and marketing.

59.     As a result of its management, direction, conduct, and/or control of operations relating to company-wide packaging and marketing decisions, Defendant Mars is responsible for its past and current production and promotion of Mars and affiliated products in single-use plastic packaging.

60.     Mars directs and has directed substantial business to California.  A substantial portion of Mars products are or have been packaged, transported, traded, distributed, marketed, promoted, sold, and/or consumed in California, from which Mars derives and has derived substantial revenue.

61.     Defendant **Colgate-Palmolive Company** ("Colgate-Palmolive") is a multinational company incorporated in New York, with its principal place of business in New York, NY.  Colgate-Palmolive is a leading producer of household, healthcare, and personal care products, and

1  Colgate-Palmolive produces a wide variety of products under a number of popular brands, including

2  Colgate, Palmolive, Speed Stick, and Tom's of Maine.

3       62.    Colgate-Palmolive controls company-wide packaging and marketing decisions.

4  Colgate-Palmolive, through its employees and/or agents, manages directs, conducts and/or controls

5  operations relating to the process by which Colgate-Palmolive and affiliated products are packaged,

6  marketed, and/or sold to consumers.  Colgate Palmolive's management, direction, conduct and/or

7  control is exercised through a variety of means, including through its employees' and/or agents'

8  implementation of policies, procedures, and programs relating to product packaging and marketing.

9       63.    As a result of its management, direction, conduct, and/or control of operations

10 relating to company-wide packaging and marketing decisions, Defendant Colgate-Palmolive is

11 responsible for its past and current production and promotion of Colgate-Palmolive and affiliated

12 products in plastic packaging.

13      64.    Defendant Colgate-Palmolive directs and has directed substantial business to

14 California.  A substantial portion of Colgate-Palmolive products are or have been packaged,

15 transported, traded, distributed, marketed, promoted, sold, and/or consumed in California, from

16 which Colgate-Palmolive derives and has derived substantial revenue.

17      65.    Defendant **Danone North America** is the collective name of U.S.-based subsidiaries

18 of the French multinational corporation Danone S.A., and has its principal place of business in

19 Broomfield, Colorado.  "Danone North America" refers to Danone S.A.'s U.S.-based subsidiaries,

20 including the following: Creamer Nation, LLC, Danone Waters of America, Inc., Danone US, LLC,

21 Earthbound Farm, LLC, Earthbound Holdings I, LLC, Earthbound Holdings II, LLC, Earthbound

22 Holdings III, LLC, Earthbound Packaging Partners, LLC, Harmless Harvest, Inc., Natural Selection

23 Foods Manufacturing, LLC, Nutricia North America, Inc., and Silk Operating Company, LLC.

24 Danone North America is one of the fifteen largest food and beverage companies in the United

25 States and produces a wide variety of food and beverage products under a number of popular

26 brands, including Dannon, Activia, Oikos, and Wallaby Organics.

27

28

66.     Danone North America controls company-wide packaging and marketing decisions. Danone North America, through its employees and/or agents, manages directs, conducts and/or controls operations relating to the process by which Danone North America and affiliated products are packaged, marketed, and/or sold to consumers.  Danone North America's management, direction, conduct and/or control is exercised through a variety of means, including through its employees' and/or agents' implementation of policies, procedures, and programs relating to product packaging and marketing.

67.     As a result of its management, direction, conduct, and/or control of operations relating to company-wide packaging and marketing decisions, Defendant Danone North America is responsible for its past and current production and promotion of Danone North America and affiliated products in single-use plastic packaging.

68.     Danone North America directs and has directed substantial business to California.  A substantial portion of Danone North America products are or have been packaged, transported, traded, distributed, marketed, promoted, sold, and/or consumed in California, from which Danone North America derives and has derived substantial revenue.

**C.     Doe Defendants**

69.     Various other individuals and entities participated in the violations of law alleged herein and performed acts and made statements in furtherance thereof. The true names and capacities of these individuals and entities, Does 1 through 25, inclusive, whether corporate, associate, or otherwise, are unknown to Plaintiff at this time.  Plaintiff, therefore, sues these defendants, Does 1 through 25, by such fictitious names.

70.     Plaintiff further alleges that each of these defendants, Does 1-25 is responsible for the acts and occurrences set forth herein.  Plaintiff is informed and believes that discovery will reveal additional information concerning the identities of these defendants, Does 1-25, and each of their acts and statements made in furtherance of the violations of law alleged herein.

71.     Plaintiff will seek to amend this complaint to show their true names and capacities, and the manner in which each of these defendants, Does 1-25, is responsible for the damages sustained by Plaintiff, when such information is ascertained.

**D.    Agency, Concert of Action, and Conspiracy**

72.     At all times herein mentioned, Defendants, and each of them, were the agents, alter egos, employees, partners, aiders and abettors, co-conspirators and/or joint venturers of each of the other Defendants named herein and were at all times operating and acting within the purpose and scope of said agency, service, employment, partnership, enterprise conspiracy, alter ego and/or joint venture. Each Defendant has, by their conduct, ratified and approved the acts of each of the remaining Defendants. Each Defendant has aided and abetted, encouraged, and conspired with the other Defendants in breaching their obligations to Plaintiffs, as alleged herein. In taking action to aid and abet and substantially assist the commission of the alleged wrongful conduct and other wrongdoings complained of herein, each of the Defendants acted with an awareness of their primary wrongdoing and realized that their conduct would substantially assist the accomplishment of the wrongful conduct, wrongful goals, and wrongdoing. Many of the acts alleged herein took place at meetings of plastic industry associations, marketing associations, and private communications among and between each Defendant.

**III.    JURISDICTION AND VENUE**

73.     This court's personal jurisdiction over Defendants named herein is proper because each Defendant maintains substantial contacts with California by and through its business operations in this state, as described herein, and because Plaintiff's injuries described herein arose out of and relate to those operations and occurred in California.

74.     Earth Island has been harmed by Defendants' torts in California; the organization has had to allocate larger and larger shares of its budget and resources to plastic pollution mitigation in California, a direct result of Defendants' injurious conduct.

75.     The Superior Court of California for San Mateo County is a court of general jurisdiction and therefore has subject matter jurisdiction over this action.

76.     Venue is proper in San Mateo County pursuant to Code of Civil Procedure section 395.5 because Defendants are corporations and/or associations, and because a substantial portion of the injuries giving rise to Defendants' liability occurred in San Mateo County.

77.     In San Mateo, Earth Island staff members have organized beach clean ups for years and have worked with the San Mateo County Unified School District and other community leaders to clean beaches from Pacifica down to Half Moon Bay.  Earth Island has partnered with the Surfrider Foundation San Mateo chapter to give talks and host educational event about plastic pollution at businesses located on Half Moon Bay.  Earth Island participates in the Pacific Beach Coalition, which organizes Ecofest, a Linda Mar beach event that includes speakers, music, eco booths, hands on activities, environmental and public safety resources.

## IV.     FACTUAL BACKGROUND

### A.     Defendants created the condition of plastic pollution, which is extraordinarily harmful to humans, animals, and the environment.

78.     Each of the Defendants have created the harms alleged herein.

79.     The quantity of plastic in the ocean is untenable.  Scientists estimate that between 8 and 20 million tons of plastic enter the ocean annually.  At this rate, plastic is set to outweigh fish in the ocean by 2050.[17]  Plastic chokes the ocean and threatens the survival of marine species, many critically endangered.

80.     The predominance of tiny plastic particles in the ocean is related to plastic's inability to biodegrade.  Plastic splits into smaller and smaller pieces in the presence of sunlight, wind, and wave action, but retains its plastic composition.  This leads to the development of microscopic particles known as microplastics, which are particularly damaging to the environment.[18] Plastic

---

[17] *The New Plastic Economy: Rethinking the future of plastics*, ELLEN MACARTHUR FOUNDATION, 2016, http://www3.weforum.org/docs/WEF_The_New_Plastics_Economy.pdf; Katie Mika et al., *Stemming the Tide of Plastic Marine Litter: A Global Action Agenda*, 5 UCLA SCHOOL OF LAW PRITZKER ENVT. L. POL'Y BRIEFS, Oct. 2013, www.law.ucla.edu/centers/environmental-law/emmett-institute-on-climate-change-and-the-environment/publications/stemming-the-tide-of-plastic-marine-litter/.

[18] Dr. Jenna Jambeck et al., *Marine Plastics*, SMITHSONIAN INSTITUTION, Apr. 2018,

1  remains a destructive and ever-present fixture in ocean ecosystems; it may get smaller, but it never

2  goes away.[19]

3      81.    The permanence of all manufactured plastic has led to a highly observable decline in

4  the health of the ocean.  Ocean ecosystems have been drastically altered, creating phenomenon

5  unheard of prior to the invention of plastic.

6      82.    Creatures most notably affected by plastic pollution include fish, seabirds, marine

7  mammals, and reptiles.[20] A UN fact sheet accompanying the 2017 Ocean Conference approximates

8  that up to 1 million seabirds perish each year due to problems resulting from plastic waste and some

9  studies warn that as much as 99% of all seabirds will have swallowed plastic by 2050.[21]

10     83.    One of the most common ways in which plastic impairs marine life is through

11 ingestion; marine inhabitants often confuse plastic for food or swallow prey that has previously

12 consumed it.[22] As a result, plastic particles mangle digestive systems and accumulate in the

13 stomachs of marine creatures.  This leads to eventual starvation as false messages of fullness inhibit

14 feeding behaviors.[23] A 2019 study examined 50 individual organisms from 10 different marine

---

18 ocean.si.edu/conservation/pollution/marine-plastics.

19 [19] Claire Le Guern, *When The Mermaids Cry: The Great Plastic Tide,* COASTALCARE.ORG, Jan. 31,
20 2020, https://coastalcare.org/2009/11/plastic-pollution/.

21 [20] *Marine Debris: Understanding, Preventing and Mitigating the Significant Adverse Impacts on
   Marine and Coastal Biodiversity,* 2016  Technical Series No.83.  SECRETARIAT OF THE CONVENTION
22 ON BIOLOGICAL DIVERSITY, Montreal, 78 pages, https://www.cbd.int/doc/publications/cbd-ts-83-
23 en.pdf.

24 [21] *Factsheet: Marine Pollution,* THE UNITED NATIONS OCEAN CONFERENCE 2017,
   https://sustainabledevelopment.un.org/content/documents/Ocean_Factsheet_Pollution.pdf.

25 [22] Simon Reddy, *Plastic Pollution Affects Sea Life Throughout the Ocean,* THE PEW CHARITABLE
26 TRUSTS, Sept. 24 2018, www.pewtrusts.org/en/research-and-analysis/articles/2018/09/24/plastic-
27 pollution-affects-sea-life-throughout-the-ocean.

28 [23] *Id.*

**EARTH ISLAND COMPLAINT**

1  mammal species that had washed up on British shores and determined that all had consumed plastic,

2  and the likely cause of death was starvation. [24]

3      84.    Another danger presented by plastic is its tendency to strangle creatures who come in

4  contact with it.[25] All too often, marine organisms become entangled in plastic and are unable to

5  break free from it, resulting in drowning and suffocation.[26] An estimated 80% of entanglement



23

[24] S. E. Nelms et al., *Microplastics in Marine Mammals Stranded around the British Coast: Ubiquitous but Transitory*, 9 SCIENTIFIC REPORTS 1075, www.nature.com/articles/s41598-018-37428-3; Above Photo Credit: U.S. Fish and Wildlife Service / Dan Clark.

[25] *Trash Pollution*, OCEANHEALTHINDEX.ORG, www.oceanhealthindex.org/methodology/components/trash-pollution.

[26] *Id.*

1    cases result in "direct harm or death."[27] NOAA lists "entanglement in marine debris" as one of the

2    biggest threats to endangered loggerhead sea turtles.[28]

3         85.   Sperm whales, frequently mistake plastic debris for squid, their primary food source,

4    and have been found washed up on California beaches with as much as 400 pounds of debris—

5    mostly plastic—inside their stomachs.[29] In 2014, a sei whale—which are endangered—perished

6    after it ingested a plastic shard from a DVD cover.[30] The plastic shard had lacerated its stomach,



[27] Sarah Gall & Richard Thompson, *The Impact of Debris on Marine Life*, 92 MARINE POLLUTION BULLETIN 170, (March 2015), www.sciencedirect.com/science/article/pii/S0025326X14008571.

[28] *Loggerhead Turtle*, NOAA FISHERIES, www.fisheries.noaa.gov/species/loggerhead-turtle.

[29] Isabelle Groc, *How a DVD Case Killed a Whale*, NATIONAL GEOGRAPHIC, Apr. 29, 2016, https://www.nationalgeographic.com/news/2015/1/150107-sea-trash-whales-dolphins-marine-mammals/.

[30] *Id.*

1  preventing feeding and thereby leading to starvation.[31] These cases illustrate just a sampling of the

2  many struggling populations further impeded by plastic pollution.[32]

3      86.    Plastic alters the chemical composition of the ocean when it breaks apart into smaller

4  pieces.[33] It releases toxic chemicals into the surrounding water, changing the water's chemical

5  makeup.[34] Potential pollutants released through this process include bisphenol A and PS oligomer,

6  two known hormone disruptors.[35] Plastic particles also act as magnets for toxins to attach

7  themselves to.[36] In particular, pollutants such as polychlorinated biphenyls (PCBs) and polycyclic

8  aromatic hydrocarbons (PAHs) are frequently observed in the presence of five mass produced types

9  of plastic found in the ocean.[37]

10      87.    Ocean dwelling species face barriers to reproduction due to the presence of

11  endocrine-disrupting chemicals like PCBs and BPA associated with plastics.[38] Orca whales and

12  other dolphins have been observed struggling to calve due to such chemicals hijacking their

13

14  [31] *Id.*

15  [32] Simon Reddy, *Plastic Pollution Affects Sea Life Throughout the Ocean*, THE PEW CHARITABLE
16  TRUSTS, Sept. 24 2018, www.pewtrusts.org/en/research-and-analysis/articles/2018/09/24/plastic-
pollution-affects-sea-life-throughout-the-ocean.

17
[33] *Plastics in Oceans Decompose, Release Hazardous Chemicals, Surprising New Study Says.*
18  AMERICAN CHEMICAL SOCIETY, Aug. 16, 2009,
www.acs.org/content/acs/en/pressroom/newsreleases/2009/august/plastics-in-oceans-decompose-
19  release-hazardous-chemicals-surprising-new-study-says.html.

20  [34] *Id.*

21  [35] *Id.*

22
[36] C.M. Rochman et al., *Long-Term Field Measurement of Sorption of Organic Contaminants to*
23  *Five Types of Plastic Pellets: Implications for Plastic Marine Debris,* 47 ENVIRONMENTAL SCIENCE
AND TECHNOLOGY1646–1654, DOI:10.1021/es303700s.
24

25  [37] *Id.*

26  [38] Emma L. Teuten et al, *Transport and Release of Chemicals from Plastics to the Environment and*
*to Wildlife,* 364 PHILOS. TRANS. R. SOC. LOND. B. BIOL. SCI. 2027 (July 27, 2009),
27  www.ncbi.nlm.nih.gov/pmc/articles/PMC2873017/.

28

**EARTH ISLAND COMPLAINT**

1  biological functions,[39] and seals are similarly subject to reproductive abnormalities including

2  spontaneous abortion.[40] In male polar bears, PCBs inhibit fertility and can impact population

3  growth.[41] Polystyrene—found in food and beverage containers—has been linked to "interference

4  with energy uptake and allocation, reproduction, and offspring performance" in oysters.[42]

5      88.     Noxious chemicals within plastic's chemical makeup such as DDT have been shown

6  to "cause cancers, weaken the immune system and make animals more susceptible to diseases and

7  other infections."[43]

8      89.     Plastic's pervasiveness within marine ecosystems also negatively impacts human

9  bodies.[44] According to recent research, microplastics are abundant in human water supplies. On

10  average, a single person ingests up to 1,769 particles of plastic per week from water alone.[45] The

11  report concludes that, due to the presence of microplastics in human food and water sources, an

12  individual can ingest approximately 5g of plastic on a weekly basis—the mass of a credit card.[46]

13

---

14  [39] Paul D. Jepson et al, *PCB Pollution Continues to Impact Populations of Orcas and Other Dolphins in European Waters*, 6 SCIENTIFIC REPORTS 18754 (Jan. 14, 2016),
15  www.ncbi.nlm.nih.gov/pmc/articles/PMC4725908/.

16  [40] Mats Olsson et al, *Seals and Seal Protection: A Presentation of a Swedish Research Project*,
17  21(8) AMBIO 494 (Dec. 1992), www.jstor.org/stable/4314002.

18  [41] Viola Pavlova et al, *Allee Effect in Polar Bears: a Potential Consequence of Polychlorinated Biphenyl Contamination*, PROCEEDINGS OF THE ROYAL SOC'Y B: BIO. SCIENCES, (Nov. 30, 2016),
19  royalsocietypublishing.org/doi/full/10.1098/rspb.2016.1883.

20  [42] Rossana Sussarellu et al, *Oyster Reproduction Is Affected by Exposure to Polystyrene Microplastics*, 113(9) PROC. NATL. ACAD. SCI. U.S.A. 2430 (Mar. 1, 2016),
21  www.ncbi.nlm.nih.gov/pmc/articles/PMC4780615/.

22  [43] *Trash Pollution*, OCEANHEALTHINDEX.ORG,
23  www.oceanhealthindex.org/methodology/components/trash-pollution.

24  [44] David Azoulay et al., *Plastic & Health: the Hidden Costs of a Plastic Planet, Center for International Environmental Law*, CIEL.ORG, Feb. 2019, www.ciel.org/plasticandhealth/.

26  [45] Wide Fund for Nature et al., *No Plastic in Nature: Assessing Plastic Ingestion from Nature to People*, WWF ANALYSIS, June 2019.

28  [46] *Id.*

90.    Plastic pollution threatens tourism, recreation, and fishing industries. Public utilization of the ocean and recreational activities therein are hindered by the consequences of unchecked plastic pollution. Once pristine waters are now cluttered with swathes of drifting plastic trash, making activities such as swimming, diving, and water sports less enjoyable. Beaches previously sought after by tourists are now cautioned against by media outlets. For instance, Bali's once world renowned coasts have been overtaken by plastic pollution in recent years.[47]



91.    California waterways have also experienced harm. The above photo shows plastic pollution in the Los Angeles River in Long Beach, California.[48]

---

[47] *Bali's Battle against Plastic Pollution*, BBC NEWS, Mar. 7, 2018, www.bbc.com/news/world-asia-43312464.

[48] *Mouth of Los Angeles River, Long Beach, CA*, PLASTIC POLLUTION COALITION, Photo Credit: Bill McDonald / Algalita Foundation, https://www.flickr.com/photos/plasticpollution/4349811821/.

92.     When global losses from all industries afflicted by marine pollution are accounted

for, the total adds to approximately $13 billion annually—including the cost of cumbersome

cleanup endeavors imposed on governments and nonprofit institutions such as Earth Island.[49]

**B.      As Defendants have known for decades, recycling by itself cannot prevent plastic**
**pollution from damaging oceans, waterways, and coasts.**

93.     Of all plastic labeled as recyclable, less than 10% of these items are actually recycled

back into plastic products—the 90% plus remaining ends up in landfills, incinerators, or as pollution

in the environment.[50] Thus, 6.3 billion metric tons of the total 8.3 billion metric tons,

**approximately 76% of plastic ever produced, has ended up as waste.**[51]

94.     Recycling, by itself, cannot prevent the veritable deluge of plastic produced,

disseminated, and dumped into the ocean each year.  Recycling involves a multistep process that

requires ample financial resources, careful planning, and coordination.[52] The first step in the process

is to collect recyclable material via a garbage collection service, provided the consumer is able to

identify and separate recyclable trash from non-recyclables beforehand.[53]

[49] Elizabeth Matsangou, *Counting the Cost of Plastic Pollution*, WORLD FINANCE, July 2, 2018,
www.worldfinance.com/markets/counting-the-cost-of-plastic-pollution.

[50] Michelle Sigler, *The Effects of Plastic Pollution On Aquatic Wildlife: Current Situations and Future Solutions*, 225(11) WATER, AIR, AND SOIL POLLUTION 2184.  doi: 10.1007/s11270-014-2184-6.

[51] Geyer Roland et al., *Production, Use, and Fate of All Plastics Ever Made*, 3(7) SCIENCE ADVANCES 1, July 19, 2017, https://advances.sciencemag.org/content/3/7/e1700782/tab-pdf.

[52] *Recycling of Plastics*, THE UNIVERSITY OF CAMBRIDGE: THE IMPEE PROJECT, 2005, http://www-g.eng.cam.ac.uk/impee/topics/RecyclePlastics/files/Recycling%20Plastic%20v3%20PDF.pdf

[53] *How is Plastic Recycled: Step by Step*, GREENTUMBLE, May 24, 2018, https://greentumble.com/how-is-plastic-recycled-step-by-step/.

95.     Once recyclables are collected by a government sponsored garbage collection program, they are sent to a recycling facility where plastics are further separated by type, color, and other characteristics to ensure that the facility can use them.[54] Because recycling centers often specialize in the type of plastic they recycle, a portion of collected plastics are sent back for resorting followed by yet another distribution to alternative facilities.[55]



96.     Once properly sorted, items are washed to get rid of nonplastic components such as labels and leftover food particles.[56] After this, the cleaned plastic is cut into smaller pieces, to make it easier to work with, and is then tested for qualities like density, thickness, melting point, and

---

[54] *Id.*

[55] *Id.*

[56] *Id.*

1  color.[57] Density is tested by submerging particles in water to determine whether they float or sink;

2  thickness, or "air classification" testing involves placing pieces in a "wind tunnel" and observing

3  whether they rise or fall.[58] When all of this has been completed, the plastic is finally ready for

4  compounding, which is the step that melts the pieces into plastic pellets to be later re-melted and

5  combined with other pellets to create finished products.[59]

6       97.    The collection process itself is additionally time-intensive and costly.[60] Moreover,

7  the entire process is highly sensitive to error, especially during the sorting stages.  If incompatible

8  polymers are accidentally mixed together, the batch becomes "contaminated" and is unusable.  For

9  example, "PET and PVC have many problems with cross contamination as the two polymers appear

10  very similar to the naked eye and share the same specific gravity...just one PVC bottle in a batch of

11  10,000 can ruin the entire melt."[61] Furthermore, Defendants have used full body shrink sleeve labels

12  on PET and HDPE bottles and jugs to improve shelf appeal.[62] These sleeves prevent proper sorting

13  and harm the operations of PET bottle recyclers and processers.[63]

14       98.    Even if all steps in the recycling process are carried out successfully, the dim truth is

15  that most plastic items can actually only be recycled once.  For the more durable materials such as

16  bottle caps, they may be recycled twice, at most.[64]

17

18  [57] *Id.*

19  [58] *How is Plastic Recycled: Step by Step*, GREENTUMBLE, May 24, 2018,
   https://greentumble.com/how-is-plastic-recycled-step-by-step/.

20

21  [59] *Id.*

22  [60] *Recycling of Plastics*, THE UNIVERSITY OF CAMBRIDGE: THE IMPEE PROJECT, 2005, http://www-
   g.eng.cam.ac.uk/impee/topics/RecyclePlastics/files/Recycling%20Plastic%20v3%20PDF.pdf.

23

24  [61] *Id.*

25  [62] John Hocevar, *Circular Claims Fall Flat: Comprehensive U.S. Survey of Plastics Recyclability*,
   GREENPEACE REPORTS, Feb. 18, 2020, www.greenpeace.org/usa/plastic_recycling.

26  [63] *Id.*

27  [64] Hannah Ritchie & Max Roser, *Plastic Pollution,* OURWORLDINDATA.ORG, September 2018,
28  https://ourworldindata.org/plastic-pollution#how-much-of-ocean-plastics-come-from-land-and-

99.     Furthermore, there must be a sufficient demand for use of recycled plastic to support the cost of doing the recycling.  Because plastic loses strength and durability through the recycling process, recycled products diminish in value.  On average, recycled plastic brings half the revenue of virgin plastic.[65] This, combined with the price tag associated with an energy-intensive recycling process, has led to virgin plastic production eclipsing recycling in cost effectiveness.[66]

100.     According to a recent study: "Most types of plastic packaging are economically impossible to recycle now and will remain so in the foreseeable future."[67] Plastic resins #3-7 "have negligible-to-negative value and are effectively a category of products that municipal recycling programs may collect, but do not actually recycle.  Plastic #3-7 waste collected in municipal systems across the country is being sent to landfills or incinerated."[68]

101.     With regard to resins #1 and #2, recycling facilities simply do not have capacity to process the sheer volume of plastic generated each year.  The capacity of all U.S. based recycling facilities is only 22.5% of the PET#1 plastic waste generated.[69] The domestic processing capacity for HDPE#2 plastic waste is only 12% of the waste generated.[70]

102.     The heightened accessibility of oil and natural gas in the United States, coupled with the integration of oil and gas companies with plastic production, has also deeply undercut the price of recycled plastic.  It is cheaper for Defendants to buy virgin materials than to employ recycled

---

marine-sources.

[65] *Recycling of Plastics*, THE UNIVERSITY OF CAMBRIDGE: THE IMPEE PROJECT, 2005, http://www-g.eng.cam.ac.uk/impee/topics/RecyclePlastics/files/Recycling%20Plastic%20v3%20PDF.pdf.

[66] Sarah Kramer, *The One Thing That Makes Recycling Plastic Work Is Falling Apart*, BUSINESS INSIDER, Apr. 5, 2016, www.businessinsider.com/low-oil-prices-hurt-plastics-recycling-2016-4.

[67] John Hocevar, *Circular Claims Fall Flat: Comprehensive U.S. Survey of Plastics Recyclability*, GREENPEACE REPORTS, Feb. 18, 2020, www.greenpeace.org/usa/plastic_recycling.

[68] *Id.*

[69] *Id.*

[70] *Id.*

1  plastics.[71] The growing output of new cheap plastic further undermines the industry's argument that

2  recycling can resolve the plastic waste crisis.

3      103.   Because the U.S. has not been able to foot the bill for all of its needed recycling

4  operations, it has historically exported much of its garbage to developing countries such as China.[72]

5  Many of these countries have high mismanagement rates[73] where, due to a lack of environmental

6  regulation, plastic is routinely burned or dumped in landfills or waterways without any pollution

7  control. Those waterways ultimately deposit tons of plastic into the oceans. In 2015 China's

8  Yangtze river ranked highest for plastic entering the oceans. That year, 333,000 tons of plastic were



**Plastic ocean input from top 20 rivers, 2015**
Plastic input to the ocean from the top 20 polluting rivers across the world. Shown is the given river, its location, and estimated annual input of plastic to the oceans in tonnes.

| River | Input |
|---|---|
| Yangtze (China) | 333,000 tonnes |
| Ganges (India, Bangladesh) | 115,000 tonnes |
| Xi (China) | 73,900 tonnes |
| Huangpu (China) | 40,800 tonnes |
| Cross (Nigeria, Cameroon) | 40,300 tonnes |
| Amazon (Brazil, Peru, Colombia, Ecuador) | 38,900 tonnes |
| Brantas (Indonesia) | 38,900 tonnes |
| Pasig (Philippines) | 38,800 tonnes |
| Irrawaddy (Myanmar) | 35,300 tonnes |
| Solo (Indonesia) | 32,500 tonnes |
| Mekong (Thailand, Cambodia, Laos, China, Myanmar, Vietnam) | 22,800 tonnes |
| Imo (Nigeria) | 21,500 tonnes |
| Dong (China) | 19,100 tonnes |
| Serayu (Indonesia) | 17,100 tonnes |
| Magdalena (Colombia) | 16,700 tonnes |
| Tamsui (Taiwan) | 14,700 tonnes |
| Zhujiang (China) | 13,600 tonnes |
| Hanjiang (China) | 12,900 tonnes |
| Progo (Indonesia) | 12,800 tonnes |
| Kwa Ibo (Nigeria) | 11,900 tonnes |

0 tonnes   150,000 tonnes   300,000 tonnes

Our World in Data

Source: Lebreton et al. (2017)

CC BY

---

[71] *Id.*

[72] Irina Ivanova, *American Cities Confront a 'Slow-Moving Recycling Crisis*, CBS NEWS, Mar. 20, 2019, www.cbsnews.com/news/recycling-after-chinas-plastic-ban-american-cities-face-recycling-crisis/.

[73] Jan Dell, *157,000 Shipping Containers of U.S. Plastic Waste Exported to Countries with Poor Waste Management in 2018*, PLASTIC POLLUTION COALITION, Mar. 6, 2019, www.plasticpollutioncoalition.org/pft/2019/3/6/157000-shipping-containers-of-us-plastic-waste-exported-to-countries-with-poor-waste-management-in-2018.

1  deposited into the ocean from the Yangtze river, more than double the amount for the river with the

2  next highest amount—115,000 tons from the Ganges.[74]

3     104.    Asia's plastic scavengers brave filth and disease to root through piles of discarded

4  plastic scraps that can be sold to buyers for cash.  But these scavengers tend to focus on higher-

5  value items—like plastic caps—instead of plastic bags, which recycling buyers pay little to

6  purchase.  According to Ocean Conservancy, a worker spending 10 hours gathering plastic bags

7  would only earn 50 cents.  If that worker devoted that day to picking up only plastic bottles, she

8  could earn up to $3.70.  That means that scavengers skip over much of the waste, which can later

9  end up in the sea.[75]

10    105.    California recycling operations leader Martin Bourque actually tracked some of the

11 plastic scrap shipped from the Ecology Center in Berkeley.[76]  In 2016, Bourque buried a GPS

12 transponder in one of his Ecology Center paper and plastic bales.  He followed the transponder's

13 electronic signals to a town in China and then contacted local residents to document what happened

14 to it.  Locals reported that the materials they couldn't recycle were dumped into a local canyon.[77]

15

16

17

18

19

20

21 [74] Hannah Ritchie & Max Roser, *Plastic Pollution,* OURWORLDINDATA.ORG, September 2018, ,https://ourworldindata.org/plastic-pollution#how-much-of-ocean-plastics-come-from-land-and-marine-sources (citing Lebreton, L. C. et al., *River plastic emissions to the world's oceans,* 8

22 NATURE COMMUNICATIONS, 15611 (2017)).

23 [75] Patrick Winn, *5 countries spew more plastic into the oceans than the rest of the world together,*

24 PRI GLOBAL POST, Jan. 12, 2016, https://www.pri.org/stories/2016-01-12/5-countries-spew-more-plastic-oceans-rest-world-together.

25 [76] Christopher Joyce, *Where Will Your Plastic Trash Go Now that China Doesn't Want it?,*

26 NPR.ORG, Mar. 13, 2019, https://www.npr.org/sections/goatsandsoda/2019/03/13/702501726/where-will-your-plastic-trash-

27 go-now-that-china-doesnt-want-it.

28 [77] *Id.*



106.   In the 1990's China likely had sufficient low-wage laborers to sort the recyclable materials from the nonrecyclable.  But as plastic production ballooned, even China's laborers could not handle the mountains of plastic sent to it from developed nations.  By 2016, the U.S. was exporting almost 700,000 tons a year to China alone.  Overall, China imported 7 million tons from around the world.[78]

107.   In response to this growing plastic pollution crisis, China recently announced that it would no longer accept plastic waste from the United States due to the difficulty in recycling the plastic safely.  Additional countries are now following suit, effectively shutting down the market for plastic waste abroad.

108.   Because recycling companies can no longer sell used plastic at prices that cover their processing costs, they are asking municipalities to pay significantly more for recycling services.[79]

---

[78] *Id.*

[79]Michael Corkery, *As Costs Skyrocket, More U.S. Cities Stop Recycling,* The NEW YORK TIMES,

1   Without buyers of recyclables, municipalities must allocate diminishing budgets to pay for local

2   recycling programs, or end recycling programs altogether.

3       109.   Across the United States, communities from Douglas County, Oregon to Hancock,

4   Maine, and Kingsport, Tennessee  have curtailed collections or halted their recycling programs

5   entirely.[80]  Some municipalities, like Minneapolis, stopped accepting certain plastics, and others,

6   like Phenix City, Alabama, have stopped accepting plastics altogether. [81]  Places like Deltona,

7   Florida suspended curbside pickup.  Others, like Philadelphia, are now burning the bulk of their

8   recyclables at a waste-to-energy plant, raising concerns about air pollution.[82] Residents in

9   municipalities like these now must travel to collection points in sometimes distant locations if they

10  want to recycle.  Some are inevitably tossing their recyclables in the trash instead.[83]

11      110.   Without good alternatives, many municipalities are burning their plastic recyclables.

12  More than six times the amount of plastic is being burned rather than recycled.[84] The incineration

13  process releases cancer-causing pollutants into the air and creates toxic ash, which also needs to be

14  disposed of somewhere.  Poor people are stuck with the worst consequences of the plastics

15  crisis. Eight out of 10 incinerators in the U.S. are in communities that are either poorer or have

16  fewer white people than the rest of the country, and residents living near them are exposed to the

17  toxic air pollution  produced by burning plastic.[85]

18  _____

19  Mar. 16, 2019, https://www.nytimes.com/2019/03/16/business/local-recycling-costs.html.

20  [80]Cheryl Katz, *Piling Up: How China's Ban on Importing Waste Has Stalled Global Recycling,*
    YALE ENVIRONMENT 360, Mar. 7, 2019, https://e360.yale.edu/features/piling-up-how-chinas-ban-
21  on-importing-waste-has-stalled-global-recycling; Michael Corkery, *As Costs Skyrocket, More U.S.
    Cities Stop Recycling,* The NEW YORK TIMES, Mar. 16, 2019,
22  https://www.nytimes.com/2019/03/16/business/local-recycling-costs.html.

23  [81] *Id.*

24  [82] *Id.*

25  [83] *Id.*

26  [84] Sharon Lerner, *Waste Only: How the Plastics Industry is Fighting to Keep Polluting the World,*
    THE INTERCEPT, July 20, 2019, https://theintercept.com/2019/07/20/plastics-industry-plastic-
27  recycling/.

28  [85] *Id.*

111.   Many consumers are led to believe by Defendants that if a product is labeled recyclable and brought to a recycling facility in accordance with the facility's guidelines, then the product is recycled.[86]  But, as described above, this is not the truth.

**C.   Defendants refuse to adopt more sustainable alternatives in order reap higher profits resulting from using virgin plastic.**

112.   Businesses involved in the production, distribution, and utilization of plastic are at the heart of the pollution problem.  Defendants use plastic to package and make their Products instead of more sustainable alternatives in order to take advantage of the cheaper virgin plastic market and make higher profits.  Coca-Cola, PepsiCo, and Nestle are the top three global users of plastic packaging.[87]  Nationally, these three companies were specifically pinned as the most responsible for oceanic plastic pollution in no less than 70 cleanups spanning the United States.[88]  Upon information and belief, Defendants collectively produce more than 6 million tons of plastic waste every year.  According to its own data, Coca-Cola alone produces 3 million tons of plastic waste every year.

113.   Defendants have a wide range of options for eliminating or reducing the amount of plastic in their Products.  These options include, but are not limited to, switching to materials that are biodegradable or compostable (e.g., natural polymers and other natural materials), using materials that are more readily recycled or reused (e.g., glass and aluminum), redesigning the Products to use less packaging, and implementing closed loop systems (e.g., bottle deposit systems).

114.   But Defendants refuse to implement these more sustainable options because the virgin plastic is cheap, and therefore results in lower overhead and higher profits.  Defendants' vast consumption of virgin plastic has also created a highly profitable business for oil and gas companies that produce the plastics.

---

[86] *PTF Misconceptions,* ECOLOGY CENTER, https://ecologycenter.org/plastics/ptf/report9/.

[87] Lorraine Chow, *10 Worst Plastic Polluting Companies Found by Global Cleanups*, ECOWATCH, Oct. 9, 2018, www.ecowatch.com/worst-plastic-polluting-companies-2611144880.html.

[88] *Id.*

115.    Recently discovered presence of natural gas in the United States has made plastic feedstocks more readily available and affordable.[89] In an effort to pave the way for continual expansion in plastic production, fossil fuel companies have begun investing in cracking facilities.[90] These facilities break, or "crack" fossil fuels into polymers that are used in the creation of plastics. ExxonMobil and Shell are among the Big Oil actors financing cracking facilities; in the last decade, over $180 billion has been invested in approximately 318 different ventures globally.[91]

116.    In 2012, the U.S. produced 48.1 million metric tons of plastic materials and resins, which accounted for 17% of global production.[92] This placed it as the second largest producer by region behind all of Asia combined.[93] According to American Chemistry Council data, California has the second highest number of plastic resin establishments; in 2012 it was home to 97 establishments, just behind Texas with 102.[94] Resin manufacturers and distributors with locations in California include companies like United Polymers, TMC Plastics, SK Chemicals America, Asuka-Platech, Mitsui Chemicals America, Amco Polymers, and Plastic Innovations.[95]

117.    Meanwhile, plastic recyclers cannot compete on the plastic market due to the comparatively lower cost of virgin plastic. Most types of recycled plastic resin are essentially worthless in the buyer's market.[96]

---

[89] *Fueling Plastics: Fossils, Plastics, & Petrochemical Feedstocks*. CIEL.ORG, https://www.ciel.org/reports/fuelingplastics/.

[90] Matthew Taylor, *$180bn Investment in Plastic Factories Feeds Global Packaging Binge*, THE GUARDIAN, Dec. 26, 2017, www.theguardian.com/environment/2017/dec/26/180bn-investment-in-plastic-factories-feeds-global-packaging-binge.

[91] *Id.*

[92] *Plastic Resins in the United States*. AMERICAN CHEMISTRY COUNCIL, 2013, https://www.packaginggraphics.net/plasticResinInformation/Plastics-Report.pdf.

[93] *Id.*

[94] *Id.*

[95] Plastic Resin Suppliers, THOMASNET, www.thomasnet.com/products/plastic-resins-3757-1.html.

[96] Sharon Lerner, *Waste Only: How the Plastics Industry is Fighting to Keep Polluting the World,*

118.    The sheer volume of plastic in Defendants' Products is astounding, and their refusal to limit plastics in their Products or use more sustainable materials and methods is a direct cause of the millions of tons of plastics that end up in the world's oceans and waterways each year.

**D.    Defendants' decades-long campaign of misinformation about their Products' recyclability puts the blame of plastic pollution on consumers and public entities.**

119.    Defendants and affiliated representatives have engaged in a decades-long campaign to deflect blame for the plastic pollution crisis by convincing the public that recycling and litter prevention are the true solutions to plastic pollution. This effort can be traced back to the Keep America Beautiful Campaign, which started in the 1950s and remains active today, and includes partners such as PLASTICS, Coca-Cola, PepsiCo, and Nestlé USA, among others.

120.    Perhaps the most notable ad from this campaign aired in 1971 and featured a Native American man (played by an Italian American actor) canoeing down a heavily polluted waterway and telling the audience that "people start pollution [and] people can stop it."[97]

121.    More recently, the Ad Council and Keep America Beautiful produced the "I Want to Be Recycled" campaign, which features a lonely plastic bottle rolling through beautiful American landscapes and various communities until a consumer finally picks it up and puts the bottle in a blue recycling bin.[98]

122.    Although these campaigns appear to support the environment on their face, they obscure the real problem, which is the role that Defendants play in the plastic problem. These public relations strategies have shifted the public focus to consumer recycling behavior and have thwarted legislation that would increase corporate responsibility for waste management.[99]

---

THE INTERCEPT, July 20, 2019, https://theintercept.com/2019/07/20/plastics-industry-plastic-recycling/.

[97] Matt Wilkins, *More Recycling Won't Solve Plastic Pollution*, SCIENTIFIC AMERICAN, July 6, 2018, https://blogs.scientificamerican.com/observations/more-recycling-wont-solve-plastic-pollution/.

[98] *I want to be Recycled*, KEEP AMERICA BEAUTIFUL, https://kab.org/campaigns/i-want-to-be-recycled/; https://www.youtube.com/watch?v=ZHqHgJ3PqUs.

[99] Matt Wilkins, *More Recycling Won't Solve Plastic Pollution*, SCIENTIFIC AMERICAN, July 6,

123.    For example, in 1953, Vermont passed legislation called the Beverage Container Law, which outlawed the sale of beverages in non-refillable containers.  Single-use packaging had just been developed and manufacturers were motivated to oppose the law because of the much higher profit margins associated with selling plastic containers along with their products, rather than having to be in charge of recycling or cleaning and reusing them.  Keep America Beautiful was founded that year and began working to frustrate such legislation.  Vermont lawmakers allowed the law to lapse after four years, and the single-use container industry was able to expand unfettered, for almost 20 years.[100]



2018, https://blogs.scientificamerican.com/observations/more-recycling-wont-solve-plastic-pollution/.

[100] Matt Wilkins, *More Recycling Won't Solve Plastic Pollution*, SCIENTIFIC AMERICAN, July 6, 2018, https://blogs.scientificamerican.com/observations/more-recycling-wont-solve-plastic-pollution/.

124.     In 1971 Oregon reacted to a growing trash problem by becoming the first U.S. state to pass a "bottle bill," requiring a five-cent deposit on beverage containers that is refunded upon the container's return. [101]  Bottle bills provide a strong incentive for container reuse and recycling; the 10 states with bottle deposit laws have around 60 percent container recovery rates compared to 24 percent in states without them. [102]  Keep America Beautiful and other lobbying groups have publicly opposed or marketed against bottle deposit legislation for decades, as it threatens their bottom line. Between 1989 and 1994 the beverage industry spent $14 million to defeat the National Bottle Bill.[103]

125.     The greatest success of Keep America Beautiful has been to shift the onus of plastic pollution mitigation onto the public while simultaneously becoming a trusted name in the environmental movement. [104]  This psychological misdirect has built public support for a legal framework that punishes individual litterers with hefty fines or jail time, while simultaneously blocking the enactment of laws that place responsibility on plastic manufacturers for the numerous environmental, economic and health hazards imposed by their products. [105]

126.     In the face of mounting scientific evidence about the harms of plastic, Defendants and other affiliated representatives of the plastic industry continued to promote and market plastic to consumers in vast quantities.  A significant aspect of this effort is labeling and advertising of plastic packaging as recyclable.

127.     Defendants have received extensive criticism for their contribution to the plastic waste crisis.  For instance, Defendants Coca-Cola, Pepsi, and Nestlé have been repeatedly mentioned in recent news coverage as the top three brands found during beach cleanups around the

---

[101] *Id.*

[102] *Id.*

[103] *Id.*

[104] *Id.*

[105] *Id.*

world.  At the April 2019 conference of the Plastic Industry Association, Garry Kohl of PepsiCo said to his fellow members: "All we hear is 'you've got to get rid of plastics.'" [106]  John Caturano of Nestlé Waters North America said at a conference in March 2019: "The water bottle has, in some way, become the mink coat or the pack of cigarettes."[107] "It's socially not very acceptable to the young folks, and that scares me."[108]

128.    In an attempt to counter negative publicity regarding the environmental impacts of Defendants' products and to take advantage of consumers' concerns with respect to these impacts, Defendants advertise, market, and sell their Products as "recyclable." For example, Nestlé has pledged to make all its packaging "recyclable or reusable" by 2025. [109]

129.    Starbucks intensely promoted its "recyclable lid," which the company predicted will eliminate a billion straws. [110]  But because the lids are made from polypropylene (also known as No. 5 plastic), and there is very little market for recycled polypropylene, that estimate has no basis in reality. [111]  Only five percent of polypropylene was recycled in 2015—and that was before China decided to stop buying U.S. plastic waste.  The vast majority of Starbuck's one billion new "recyclable" lids will end up in landfills, trash heaps, incinerators, and the oceans.[112]

130.    Furthermore, Defendants tout their "recyclable" consumer Products to the public but fail to mention that they opt to use cheap virgin plastic in their supply chain rather than recycled

---

[106] Sharon Lerner, *Waste Only: How the Plastics Industry is Fighting to Keep Polluting the World*, THE INTERCEPT, July 20, 2019, https://theintercept.com/2019/07/20/plastics-industry-plastic-recycling/.

[107] Tik Root, *Inside the long war to protect plastic*, PRI THE CENTER FOR PUBLIC INTEGRITY, May 16, 2019, https://www.pri.org/stories/2019-05-16/inside-long-war-protect-plastic.

[108] *Id.*

[109] *Id.*

[110] Sharon Lerner, *Waste Only: How the Plastics Industry is Fighting to Keep Polluting the World*, THE INTERCEPT, July 20, 2019, https://theintercept.com/2019/07/20/plastics-industry-plastic-recycling/.

[111] *Id.*

[112] *Id.*

**EARTH ISLAND COMPLAINT**

1  plastic.  For example, 91% of the plastic packaging Coke uses annually is made from virgin

2  plastic.[113] This fact is conveniently left out of promotional materials about Cokes "recyclable"

3  plastic bottles.  Others are even worse: more than 99% of Unilever's plastic packaging was made

4  from virgin plastic in 2019, while Nestlé used 98%.[114]

5      131.   Defendants' purportedly recyclable Products are  marked with a chasing arrows

6  symbol ("universal recycle symbol").  The plastics industry adopted this symbol in 1988 to identify

7  the resins when state legislatures were discussing bans on plastic containers.



[113] Leila Abboud, *Can we break our addition to plastic? The future of packaging*, FINANCIAL TIMES, Oct. 30, 2019, https://www.ft.com/content/27cf9734-faa7-11e9-98fd-4d6c20050229.

[114] *Id.*; Above Photo Credit: Noorjahan Rahman.

**EARTH ISLAND COMPLAINT**

132.     A survey revealed that 7 out of 10 people believed the symbol means "recyclable."[115] Many even believe the symbol indicates the container is composed of recycled material. Actually, the only information provided by the symbol is the number inside the arrows, which indicates the general class of resin used to make the container. According to a recent study, plastic resins #3-7 "have negligible-to-negative value and are effectively a category of products that municipal recycling programs may collect, but do not actually recycle. Plastic #3-7 waste collected in municipal systems across the country is being sent to landfills or incinerated."[116]

133.     The recycling symbol is misleading. Nevertheless, the Defendants use it to gain consumer loyalty.[117] The following are representative examples of the recycling claims made by Defendants:

134.     Defendant Colgate-Palmolive uses the universal recycling symbol on various products packaged in plastic, including but not limited to Palmolive Dish Soap, Murphy Oil Soap, and Softsoap Hand Soap. Colgate-Palmolive also advertises on its website that it is "committed to delivering 100 percent recyclable packaging in our Personal Care, Home Care and Hill's Pet Nutrition categories by 2020 and 100 percent recyclable packaging in all categories by 2025."

135.     Defendant Crystal Geyser uses the universal recycling symbol on its single-use plastic bottles. Crystal Geyser also advertises on its website that its "bottles are made from 100% recyclable PET (polyethylene terephthalate)."

136.     Defendant Danone North America uses the universal recycling symbol on various food products packaged in single-use plastic, including but not limited to Activia Probiotic Yogurts and Drinks, Dannon Yogurt, and Wallaby Organic Yogurt.

---

[115] *PTF Misconceptions,* ECOLOGY CENTER, https://ecologycenter.org/plastics/ptf/report9/.

[116] John Hocevar, *Circular Claims Fall Flat: Comprehensive U.S. Survey of Plastics Recyclability,* GREENPEACE REPORTS, Feb. 18, 2020, www.greenpeace.org/usa/plastic_recycling.

[117] *Id.*

137. Defendant Mars uses the universal recycling symbol on various food products packaged in single-use plastic. Mars also advertises on its website that it "plan[s] to use 100 percent recyclable packaging by 2025."

138. Defendant Mondelez International uses the universal recycling symbol on various food products packaged in single-use plastic.

139. Defendant Nestlé USA uses the universal recycling symbol on various food products packaged in single-use plastic, including but not limited to Coffee Mate Milk Creamers, Nestlé Pure Life Water, Poland Spring Water, and Gerber Puffs. Nestlé USA also advertises on its website that it aims "to make 100% of our packaging recyclable or reusable by 2025."

140. Defendant Coca-Cola uses the universal recycling symbol on its single-use plastic bottles. Coca-Cola also advertises on its website that it has set a goal "to make our packaging 100 percent recyclable by 2025."

141. Defendant Procter & Gamble uses the universal recycling symbol on various products packaged in plastic, including but not limited to Tide Laundry Detergent and Dawn Dish Soap. Procter & Gamble also advertises on its website that "100% of our packaging will be recyclable or reusable" and that "as of 2018, 86% of P&G packages are considered recyclable."

142. Defendant PepsiCo uses the universal recycling symbol on its single-use plastic bottles. PepsiCo also advertises on its website that it "strive[s] to design 100 percent of our packaging to be recyclable, compostable or biodegradable" by 2025.

143. The claims by Defendants that the Products are recyclable are uniform, consistent, and material. Because the claims are false and misleading, ordinary consumers are likely to be deceived by such representations.[118]

144. The Legislature of the State of California has declared that "it is a public policy of the state that environmental marketing claims, whether explicit or implied, should be substantiated

---

[118] Kate Gibson & Irina Ivanova, *Suit charges Keurig's coffee pods aren't recyclable as advertised*, CBS NEWS, July 11, 2019; https://www.cbsnews.com/news/keurig-coffee-pods-not-recyclable-as-advertised-according-to-class-action-suit/.

**EARTH ISLAND COMPLAINT**

1  by competent and reliable evidence to prevent deceiving or misleading consumers about the

2  environmental impact of plastic products." Cal. Pub. Res. Code § 42355.5. The policy is based on

3  the Legislature's finding that "littered plastic products have caused and continue to cause significant

4  environmental harm and have burdened local governments with significant environmental cleanup

5  costs." *Id.* At 42355(a)..

6    145.    The California Business and Professions Code § 17580.5 makes it "unlawful for any

7  person to make any untruthful, deceptive, or misleading environmental marketing claim, whether

8  explicit or implied." Pursuant to that section, the term "environmental marketing claim" includes

9  any claim contained in the Guides for use of Environmental Marketing Claims (the "Green

10  Guides").

11    146.    Under the Green Guides, "[i]t is deceptive to misrepresent, directly or by

12  implication, that a product or package is recyclable. A product or package shall not be marketed as

13  recyclable unless it can be collected, separated, or otherwise recovered from the waste stream

14  through an established recycling program for reuse or use in manufacturing or assembling another

15  item."

16    147.    The Green Guides further state that "if any component significantly limits the ability

17  to recycle the item, any recyclable claim would be deceptive. An item that is made from recyclable

18  material, but because of its shape, size or some other attribute is not accepted in recycling programs,

19  should not be marketed as recyclable." Studies have proven that consumers do not have reasonable

20  access to facilities that will actually process plastic resins #3-7, which constitute many of

21  Defendants' Products.[119] Additionally, studies have shown that although many facilities will

22  process plastic resins #1-2, these facilities have limited capacity and can only recycle a fraction of

23  the total volume they receive of plastic resins #1-2.[120] Yet Defendants continue to label these

24  Products as recyclable with the universal recycle symbol.

25

26  [119] John Hocevar, *Circular Claims Fall Flat: Comprehensive U.S. Survey of Plastics Recyclability*, GREENPEACE REPORTS, Feb. 18, 2020, www.greenpeace.org/usa/plastic_recycling.

27  [120] *Id.*

28

148.    Finally, the Green Guides recognize that access to recycling facilities is one critical element in whether or not an item is recyclable.  As such, the Green Guides provide that marketers may qualify recyclable claims by stating the percentage of consumers or communities that have access to facilities that actually recycle the item. U.S. recycling facilities do not have the capacity to process the sheer volume of plastic waste produced annually, and therefore do not actually recycle much of the items submitted to them by consumers. Consumers do not have reasonable access to recycling facilities that will actually recycle Defendants' products.

149.    Under California law, Defendants must clearly and prominently qualify recyclable claims to avoid deception about the availability of recycling programs and collection sites to consumers if consumers do not have access to facilities that can recycle the Products.

150.    In order to counter negative publicity regarding the impacts of Defendants' Products, and to take advantage of consumers' concerns with respect to the environmental consequences caused by such Products, Defendants advertise, market, and sell the Products as recyclable.  More specifically, Defendant's Products contain the universal recycle symbol to indicate to consumers that their Products are recyclable.

151.    Defendants' marketing, advertising, and promotional material for their Products, including their websites, uniformly represent that their Products are recyclable.

152.    Defendants are aware that many of their Products are not actually recyclable and, yet, have not undertaken any effort to notify consumers of the problem.  Defendants' failure to disclose that Products are not recyclable is an omission of fact that is material to consumers' buying habits and Defendants exploit customers through their deceptive claims of recyclability.[121]

E.    **Earth Island Institute, its members, and the public have and will continue to incur significant harm to economic, property, recreational, and aesthetic interests.**

153.    The exponential rise in marine plastic pollution is devastating to marine life.  These injuries derive from the increase of plastic pollution in California waterways and coasts.

---

[121] *Id.*

1    154.    Plastic permeates marine ecosystems.  In California, microplastics have been

2  discovered at every stratum of the Monterey Bay National Marine Sanctuary, accumulating at

3  depths as great as 3,281 feet.[122] New research has revealed that there is a greater abundance of

4  microplastics in Monterey Bay (16 parts per cubic meter) than there is in the Great Pacific Garbage

5  Patch (12 parts per cubic meter).[123]  Plastic is also abundant in California's freshwater ecosystems,

6  including in Lake Tahoe.

7    155.    In 2015, an Earth Island project initiated a marine debris campaign called the

8  Aquatic Park Stewardship program to engage community and youth in plastic reduction and prevent

9  marine debris pollution.  The program has partnered with local schools in the San Francisco Unified

10  School District, bringing youth to the San Francisco Bay, conducting beach surveys and clean ups

11  and cataloguing data using the NOAA Marine Debris Shoreline Survey methodology.

12    156.    Earth Island participates in the Message in a Bottle plastic art (and education) show

13  at the Palace of Fine Arts San Francisco, reaching approximately 3000 people each year.  In 2018

14  Earth Island partnered with the International Ocean Film Festival in Bay Area schools to air

15  documentaries concerning plastic pollution.

16    157.    In San Mateo, Earth Island has organized beach clean ups for years and has worked

17  with the San Mateo County Unified School District and other community leaders to clean beaches

18  from Pacifica down to Half Moon Bay.  Earth Island has partnered with the Surfrider Foundation to

19  give talks and host educational events at businesses located on Half Moon Bay.  Earth Island

20  participates in the Pacific Beach Coalition, which organizes Ecofest, a Linda Mar beach event that

21  includes speakers, music, eco booths, hands on activities, environmental and public safety

22  resources.

23

24

25

[122] C. Anela Choy et al, *The Vertical Distribution and Biological Transport of Marine*

26  *Microplastics across the Epipelagic and Mesopelagic Water Column*, 9 SCIENTIFIC REPORTS 7843

27  Jan. 14, 2020, www.nature.com/articles/s41598-019-44117-2.

[123] *Id.*

28

158.   The sum of the research reveals that there are relatively few components of marine ecosystems that are unaffected by plastic pollution.  Because plastic pollution impacts waterways, coasts, and oceans everywhere, the public's ability to use and enjoy these resources is negatively affected.



159.   The public bears significant costs associated with the impacts of marine plastic pollution.  Annual global losses from all industries afflicted by marine plastic pollution reach an estimated $13 billion.

160.   Earth Island is diverting more and more organizational resources to remediating California coasts and waterways impacted by plastic pollution, and to counteracting threats to marine wildlife from plastic.  Earth Island also expends resources on remediating waterways on its private property that are impacted by plastic pollution.

**V.    CAUSE OF ACTION: VIOLATIONS OF CAL. CIV. CODE §§ 1750 et seq..**

161.   Plaintiff incorporates by reference each and every allegation contained above.

- 49 -

**EARTH ISLAND COMPLAINT**

162.    Plaintiff and its members purchased Defendants' Products for personal, family, or household purposes.

163.    The acts and practices of Defendants as described above were intended to deceive Plaintiff and its members as described herein and have resulted in harm to Plaintiff and its members.

164.    The actions violated and continue to violate the California Consumer Legal Remedies Act (CLRA) in at least the following aspects:

   a.   In violation of Section 1770(a)(5) of the CLRA, Defendants' acts and practices constitute representations that the Products have characteristics, uses or benefits, which they do not.

   b.   In violation of Section 1770(a)(7) of the CLRA, Defendants' acts and practices constitute representations that the Products are of a particular quality, which they are not; and

   c.   In violation of Section 1770(a)(9) of the CLRA, Defendants' acts and practices constitute the advertisement of Products without the intent to sell them as advertised.

165.    By committing the acts alleged above, Defendants have violated the CLRA.

166.    Pursuant to California Civil Code § 1780(a)(2) Plaintiff and its members are entitled to an order enjoining the above-described wrongful acts and practices of Defendants, and ordering the payment of costs and attorneys' fees and any other relief deemed appropriate and proper by the Court under California Civil Code § 1780.

167.    Wherefore, Plaintiff prays for the relief as set forth below.

## VI.    CAUSE OF ACTION: PUBLIC NUISANCE

168.    Plaintiff incorporates by reference each and every allegation contained above.

169.    Defendants by their affirmative acts and omissions have created, contributed to, and/or assisted in creating conditions which constitute a nuisance by causing plastic pollution in California waterways and coasts, and its associated harms described above.

170.    The conditions created by the Defendants substantially and negatively affect the interests of the public at large.  Marine plastic pollution impacts, described above, are: (1) indecent

1  and offensive to the senses of the ordinary person; and (2) obstruct and threaten to obstruct the free

2  use of natural resources held in the public trust, so as to interfere with the comfortable enjoyment of

3  life and property.

4     171.   Marine plastic pollution impacts a substantial number of residents and citizens living

5  in Plaintiff's community, and they are reasonably annoyed and disturbed by marine plastic

6  pollution.



21     172.   The harm from marine plastic pollution outweighs the benefit of Defendants'

22  Products because:

23         a.   The interference with the public's right to use and enjoy the ocean and marine

24              life is expected to become so regular as to be permanent;

25         b.   The harm is the destruction and loss of use and enjoyment of ocean and marine

26              life;

     c.   The burden on the public to mitigate and prevent the interference is significant and severe;

     d.   The social benefit of plastic packaging associated with Defendants' Products is outweighed by the availability of alternative products; and

     e.   It was practical for Defendants, in light of their knowledge, to develop alternatives and/or prevent marine plastic pollution.

173.    In addition to the above, Plaintiff has suffered special injuries different in kind by diverting organizational resources to prevent and mitigate the harms from marine plastic pollution, and to clean up plastic pollution in waterways on its own private property.

174.    As a direct and proximate result of Defendants' conduct, Plaintiff and its members have been harmed.  Defendants knew or should have known that their conduct would create a continuing problem with long-lasting negative effects on the rights of the public.

175.    Defendants' actions are a direct and legal cause of the public nuisance described above.

176.    Defendants' acts and omissions are indivisible causes of Plaintiff's injuries and damages as alleged herein.

177.    Plaintiff is entitled to recover damages and other appropriate relief for the foregoing public nuisance.

178.    Wherefore, Plaintiff prays for the relief as set forth below.

## VII.   CAUSE OF ACTION: BREACH OF EXPRESS WARRANTY

179.    Plaintiff incorporates by reference each and every allegation contained above.

180.    The Uniform Commercial Code § 2-313 provides that an affirmation of fact or promise made by the seller to the buyer which relates to the goods and becomes part of the basis of the bargain creates an express warranty that the goods shall conform to the promise.

181.    Defendants marketed and sold the Products as recyclable.  Defendants' representations that the Products are recyclable constitute affirmations of fact made with regard to the Products as well as descriptions of the Products.  Defendants' representations about the

1  recyclability of the Products are made uniformly in the Products' advertising, internet sites and

2  other marketing materials, and on the Products' labeling and packaging materials, and are thus part

3  of the basis of the bargain between Defendants and purchasers of the Products.

4      182.   California has codified and adopted the provisions of the Uniform Commercial Code

5  governing express warranties (Cal. Com. Code § 2313).

6      183.   At the time that Defendants designed, manufactured, sold and distributed the

7  Products, Defendants knew that the Products were not recyclable.  The Products are not recyclable

8  and thus do not conform to Defendants' express representations to the contrary.  Defendants have

9  thus breached their express warranties concerning the Products.  As a direct and proximate result of

10  Defendants' breach of express warranties, Plaintiff has suffered injuries and damages as described

11  above.  Plaintiff's injuries and damages were foreseeable at the time that Defendants made

12  representations that the Products are recyclable.

13      184.   Wherefore, Plaintiff prays for the relief as set forth below.

14  **VIII.  CAUSE OF ACTION: STRICT LIABILITY—FAILURE TO WARN**

15      185.   Plaintiff incorporates by reference each and every allegation contained above.

16      186.   Defendants packaged, distributed, merchandised, advertised, promoted and/or sold

17  the Products in plastic packaging, or otherwise placed the Products into the stream of commerce.

18      187.   Defendants heavily marketed, promoted, and advertised the Products in plastic

19  packaging, which were sold by their respective affiliates and subsidiaries.  Defendants received

20  direct financial benefit from their affiliates' and subsidiaries' sales of the Products.  Defendants'

21  role as a promoter and marketer was integral to their respective businesses and a necessary factor in

22  bringing plastic packaged products, especially single-use plastic, to the consumer market, such that

23  Defendants had control over, and a substantial ability to influence, the manufacturing and

24  distribution processes of their affiliates and subsidiaries.

25      188.   Throughout the times at issue, Defendants knew or should have known, based on

26  information available to them from their affiliates and/or from the scientific community, that plastic

27

28

1  packaging, whether used as intended or misused in a foreseeable manner, inevitably causes the toxic

2  and devastating ocean and marine life impacts described above.

3       189.    Throughout the times at issue, plastic packaging incorporated into Defendants'

4  Products presented and still present a substantial risk of injury to Plaintiff through the ocean and

5  marine life impacts described above, whether the Products are used as intended or misused in a

6  reasonably foreseeable manner.

7       190.    Throughout the time at issue, the ordinary consumer would not recognize that the use

8  or foreseeable misuse of the Products causes global and localized harm to waterways, coasts, oceans

9  and marine life, including those effects described herein.

10      191.    Throughout the times at issue, Defendants individually and in concert widely

11  disseminated marketing materials, refuted the generally accepted scientific knowledge at the time,

12  and developed public relations campaigns that prevented reasonable consumers from recognizing

13  the risk that plastic packaging would cause grave harm to waterways, coasts, and marine life, thus

14  undermining and rendering ineffective any warnings that Defendants may have also disseminated.

15      192.    Defendants failed to adequately warn customers, consumers, and the general public

16  of known and foreseeable risks to waterways, coasts, oceans, and marine life and the consequences

17  that inevitably flow from the normal, intended use and foreseeable misuse of plastic packaging

18  incorporated into Defendants' Products.

19      193.    As a direct and proximate result of the defects previously described, plastic

20  packaging from the Products caused and will continue to cause Plaintiff to sustain injuries and

21  damages set forth in this Complaint, including economic loss, damage to natural resources held in

22  the public trust, deprivation of the right to enjoy and utilize the ocean environment, harm to

23  aesthetic interests, and the creation and maintenance of a nuisance that interferes with the rights of

24  Plaintiff, its members, and all those that enjoy and use the waterways, ocean and coasts.

25      194.    Plaintiff has devoted considerable resources to remediate waterways, oceans, and

26  coasts impacted by plastic pollution, and to counteract threats to marine wildlife from plastic.

27  Plaintiff has also expended resources on remediating waterways on its private property that are

28

1   impacted by plastic pollution.  Additionally, Plaintiff and its members have been deprived of the

2   ability to enjoy and utilize the ocean environment, and experienced harm to their aesthetic interests.

3       195.   Defendants' acts and omissions as alleged herein are indivisible causes of Plaintiff's

4   injuries and damages as alleged herein.  Plaintiff is entitled to recover damages and other

5   appropriate relief for the foregoing negligent failure to warn.

6       196.   Wherefore, Plaintiff prays for the relief as set forth below.

7   **IX.    CAUSE OF ACTION: STRICT LIABILITY—DESIGN DEFECT**

8       197.   Plaintiff incorporates by reference each and every allegation contained above.

9       198.   Defendants packaged, distributed, merchandised, advertised, promoted and/or sold

10  the Products in plastic packaging, or otherwise placed their products into the stream of commerce.

11      199.   Defendants heavily marketed, promoted, and advertised the Products in plastic

12  packaging, which were sold by their respective affiliates and subsidiaries.  Defendants received

13  direct financial benefit from their affiliates' and subsidiaries' sales of the Products.  Defendants'

14  role as a promoter and marketer was integral to their respective businesses and a necessary factor in

15  bringing plastic packaged products, especially single-use plastic, to the consumer market, such that

16  Defendants had control over, and a substantial ability to influence, the manufacturing and

17  distribution processes of their affiliates and subsidiaries.

18      200.   Throughout the time at issue, Defendants' Products have not performed as safely as

19  an ordinary customer would expect them to because the plastic packaging in the Products has

20  numerous global and local impacts on waterways, coasts, oceans, and marine life.  In particular,

21  ordinary consumers did not expect that:

22          a.   More than 90 percent of plastic packaging is not and cannot be recycled, and

23               inevitably becomes waste;

24          b.   Plastic is now found throughout the ocean and in most marine life;

25          c.   The majority of the plastic in the oceans is from plastic packaging, much of it

26               single-use;

27

28

    d. Plastic will never biodegrade, and instead breaks down into smaller and smaller pieces called microplastics;

    e. For these reasons and others, the unmitigated use of plastic packaging presents significant threats to marine environments and marine life, and those that enjoy and utilize these resources.

201.   Throughout the times at issue, Defendants individually and in concert widely disseminated marketing materials, refuted the generally accepted scientific knowledge at the time, and developed public relations campaigns that prevented reasonable consumers from forming an expectation that plastic packaging would cause grave harm to waterways, coasts, oceans, and marine life, including those described herein.

202.   Additionally, and in the alternative, Defendants' Products are defective because the risks they pose to consumers and to the public, including and especially to Plaintiff, outweigh their benefits.

    a. The gravity of the potential harms caused by plastic packaging is extreme. Plastic pollution and its attendant harms to waterways, coasts, oceans, and marine life are guaranteed to occur following the use or foreseeable misuse of the Products because plastic is inherently toxic and permanent, and inevitably enters marine environments. Furthermore, the harm from plastic already in the ocean will continue for decades even if all plastic production ceased today.

    b. The social benefit of placing single-use and other types of plastic packaging into the stream of commerce is vastly outweighed by the availability of alternative packaging options that could have been placed into the stream of commerce that would not have caused the harms described herein. Defendants knew of the external costs of using plastic packaging for the Products and placing them into the stream of commerce. Rather than striving to mitigate those externalities, Defendants acted affirmatively to obscure them from public consciousness.

c.   Defendants' campaign of disinformation regarding single-use and other types of plastic packaging and recycling and the impacts of plastic on waterways, coasts, oceans, and marine life prevented customers, consumers, and the general public from taking steps to mitigate the inevitable consequences of consuming the Products.

d.   The cost to society of each ton of marine plastic pollution increases as total global marine plastic pollution increases so that unchecked use and consumption of single-use and other types of plastic packaging is more harmful and costly than moderated use and consumption.

e.   It was practical for Defendants, in light of their extensive knowledge of the hazards of placing single-use and other types of plastic packaging into the stream of commerce, to pursue and adopt known, practical, and available alternative technologies and business practices that would have mitigated their contribution to marine plastic pollution, and mitigated the harms associated with the use and consumption of the Products.

203.   Consumers used the plastic packaging incorporated into Defendants' Products in a manner for which it was intended to be used or misused in a manner foreseeable to Defendants. As a result, marine plastic pollution and its associated global and local consequences increased.

204.   As a direct and proximate result of the defects in the Products described herein, Plaintiff sustained and will continue to sustain the injuries and damages set forth in this Complaint.

205.   Defendants' acts and omissions as alleged herein are indivisible causes of Plaintiff's injuries and damages as alleged herein. Plaintiff is entitled to recover damages and other appropriate relief for the foregoing design defects.

206.   Wherefore, Plaintiff prays for relief as set forth below.

## X.   CAUSE OF ACTION: NEGLIGENCE

207.   Plaintiff incorporates by reference each and every allegation contained above.

208.   Defendants knew or should have known of the adverse impacts to waterways, coasts, oceans, and marine life caused by the normal use and operation of the plastic packaging

**EARTH ISLAND COMPLAINT**

1    incorporated into the Products.

2        209.    Defendants had a duty to use due care in developing, designing, testing, inspecting

3    and distributing the plastic packaging incorporated into the Products.  The duty obligated

4    Defendants to, *inter alia*, prevent defective products from entering the stream of commerce, and

5    prevent reasonably foreseeable harm that could have resulted from the ordinary use or reasonably

6    foreseeable misuse of the Products.

7        210.    Defendants breached their duty of care by, *inter alia*:

8            a.   Allowing the Products to enter the stream of commerce, despite knowing them to be

9                 defective due to their inevitable propensity to cause marine plastic pollution and its

10                associated harms;

11           b.   Failing to act on the information and warnings they received from their affiliates and

12                the international scientific community that the unabated use of plastic packaging

13                would result in material dangers to the public, including Plaintiff;

14           c.   Failing to take actions, including but not limited to, pursuing and adopting known,

15                practical, and available technologies and business practices that would have

16                mitigated their contribution to marine plastic pollution; shifting to non-plastic

17                packaging; researching and/or offering technologies to mitigate marine plastic

18                pollution in conjunction with sale and distribution of their products; and pursuing

19                other available alternatives that would have prevented or mitigated the injures to

20                Plaintiff caused by marine plastic pollution that Defendants knew or should have

21                foreseen would inevitably result from the use of Defendants' products;

22           d.   Engaging in a campaign of disinformation regarding plastic packaging and recycling

23                and the impacts of plastic on oceans and marine life that prevented customers,

24                consumers, and the general public from taking steps to mitigate the inevitable

25                consequences of consuming the Products.

26       211.    Defendants' individual and collective acts and omissions were actual, substantial

27    causes of marine plastic pollution and its associated harms, including Plaintiff's injuries and

28

damages described herein, because the conditions in the ocean environment that caused Plaintiff's injuries would not have happened, or would not have been as widespread, but for Defendants' introduction of the Products into the stream of commerce.

212. Defendants' individual and collective acts and omissions were proximate causes of increased marine plastic pollution and its associated harms, including Plaintiff's injuries and damages set forth herein. No other act, omission, or natural phenomenon intervened in the chain of causation between Defendants' conduct and Plaintiff's injuries and damages, or superseded Defendants' breach of their duties substantially in causing Plaintiff's injuries and damages.

213. As a direct and proximate result of Defendants' acts and omissions, Plaintiff sustained and will continue to sustain injuries and damages as set forth herein.

214. Defendants' acts and omissions as alleged are indivisible causes of Plaintiff's injuries and damages as alleged herein.

215. Plaintiff is entitled to recover damages and other appropriate relief for the foregoing negligent conduct.

216. Wherefore, Plaintiff prays for relief as set forth below.

## XI. CAUSE OF ACTION: NEGLIGENCE—FAILURE TO WARN

217. Plaintiff incorporates by reference each and every allegation contained above.

218. Defendants knew or should have known, based on information available to them from their affiliates and and/or from the scientific community, of the adverse impacts to waterways, oceans, coasts, and marine life caused by the normal use and operation of the plastic packaging incorporated into the Products.

219. Defendants knew or should have known, based on information available to them from their affiliates and/or from the scientific community, that the impacts described above rendered the plastic packaging incorporated into the Products dangerous, or likely to be dangerous, when used as intended or misused in a reasonably foreseeable manner.

220.   Throughout the times at issue, Defendants failed to adequately warn consumers or any other party of the impacts to waterways, oceans, coasts, and marine life that inevitably flow from the use or foreseeable misuse of the Products.

221.   Throughout the times at issue, Defendants individually and in concert widely disseminated marketing materials, refuted the generally accepted scientific knowledge at the time, and developed public relations campaigns that prevented reasonable consumers from recognizing the risk that plastic packaging would cause grave harm to waterways, coasts, oceans, and marine life, thus undermining and rendering ineffective any warnings that Defendants may have also disseminated.

222.   Given the grave dangers presented by the impacts that inevitably flow from the normal and foreseeable misuse of plastic packaging, a reasonable manufacturer, distributor, retailer, seller, or other participant responsible for introducing plastic packaging into the stream of commerce, would have warned of those known, inevitable impacts to waterways, coasts, oceans, and marine life.

223.   Defendants' conduct was a direct and proximate cause of Plaintiff's injuries and a substantial factor in the harms suffered by Plaintiff as described in this Complaint.

224.   Defendants' acts and omissions as alleged herein are indivisible causes of Plaintiff's injuries and damages as alleged herein.

225.   Plaintiff is entitled to recover damages and other appropriate relief for the foregoing negligent failure to warn.

226.   Wherefore, Plaintiff prays for the relief as set forth below.

## XII.   **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against each Defendant, jointly and severally, as follows:

1.   Compensatory damages in an amount according to proof;

2.   Order requiring the Defendants to disburse the funds and resources necessary to remediate the harm they have caused;

3.   Equitable relief, including:

    a.   abatement of the nuisance described herein;

    b.   that Defendants refrain from marketing and promotion of Products that state or imply that the Products are recyclable when in fact they are not recyclable according to the Green Guides; and

    c.   corrective advertising by Defendants to inform consumers that the Products do not have the characteristics, uses, benefits, and quality Defendants have claimed.

4.   Reasonable attorneys' fees pursuant to California Code of Civil Procedure § 1021.5 or under California Civil Code § 1780;

5.   Costs of suit; and

6.   For such and other relief as the court may deem proper.

## JURY TRIAL DEMANDED

Plaintiff demands a trial by jury on all claims and issues so triable.

Dated: February 26, 2020

                          **COTCHETT, PITRE & MCCARTHY, LLP**

                          Mark C. Molumphy
                          *Attorneys for Plaintiff Earth Island Institute*

**EARTH ISLAND COMPLAINT**