# EXHIBIT R



Welcome ▾

# Superior Court of California, County of San Mateo

①
**Smart Search**

②
**Search Results**

③
**Details**

Print

## Case Information

**20-CIV-01213 | EARTH ISLAND INSTITUTE vs. CRYSTAL GEYSER WATER COMPANY, et al**

Case Number
20-CIV-01213
Court
Civil Unlimited
File Date
02/26/2020
Case Type
(30) Complex Unlimited Environmental/Toxic Tort
Case Status
Active

## Party

**Plaintiff**
EARTH ISLAND INSTITUTE

**Active Attorneys** |
Lead Attorney      ▾
MOLUMPHY, MARK C.
Retained

Defendant
CRYSTAL GEYSER WATER COMPANY

Defendant
THE CLOROX COMPANY

Defendant
THE COCA-COLA COMPANY

Defendant
PEPSICO, INC.

Defendant
NESTLE USA, INC

Defendant
MARS, INCORPORATED

Defendant
DANONE NORTH AMERICA

Defendant
MONDELEZ INTERNATIONAL, INC.

Defendant

COLGATE-PALMOLIVE COMPANY

Defendant

THE PROCTER & GAMBER COMPANY

Defendant

DOES 1-25, INCLUSIVE.

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
|---|---|---|---|---|
| 02/26/2020 | Complaint | Action | EARTH ISLAND INSTITUTE<br>CRYSTAL GEYSER WATER ...<br>THE CLOROX COMPANY<br>THE COCA-COLA COMPANY<br>PEPSICO, INC.<br>NESTLE USA, INC<br>MARS, INCORPORATED<br>DANONE NORTH AMERICA<br>MONDELEZ INTERNATION...<br>COLGATE-PALMOLIVE CO...<br>THE PROCTER & GAMBER ...<br>DOES 1-25, INCLUSIVE. | CRYSTAL GEYSER WATER ..<br>THE CLOROX COMPANY<br>THE COCA-COLA COMPANY<br>PEPSICO, INC.<br>NESTLE USA, INC<br>MARS, INCORPORATED<br>DANONE NORTH AMERICA<br>MONDELEZ INTERNATION...<br>COLGATE-PALMOLIVE CO...<br>THE PROCTER & GAMBER ...<br>DOES 1-25, INCLUSIVE. |

# Events and Hearings

02/26/2020 New Filed Case

02/26/2020 Complaint

| View Document | Complaint |
|---|---|

02/26/2020 Civil Case Cover Sheet

| View Document | Civil Case Cover Sheet |
|---|---|

02/26/2020 Summons Issued / Filed

| View Document | Summons Issued / Filed |
|---|---|

02/26/2020 Certificate Re: Complex Case Designation

| View Document | Certificate Re: Complex Case Designation |
|---|---|

02/26/2020 Notice of Case Management Conference

| View Document | Notice of Case Management Conference |
|---|---|

02/26/2020 Notice of Complex Case Status Conference

| View Document | Notice of Complex Case Status Conference |
|---|---|

02/26/2020 Cause Of Action

| Action | File Date |
|---|---|
| Complaint | 02/26/2020 |

03/10/2020 Proof of Service by PERSONAL SERVICE of

| View Document | Proof of Service by PERSONAL SERVICE of SUMMONS AND |
|---|---|

COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE;

Comment

SUMMONS AND COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE; ADR

STIPULATION AND EVALUATION INSTRUCTIONS ETC....

03/10/2020 Proof of Service by PERSONAL SERVICE of

[View Document]   Proof of Service by PERSONAL SERVICE of SUMMONS AND

COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE;

Comment
SUMMONS AND COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE;ADR
STIPULATION AND EVALUATION INSTRUCTIONS ETC...

03/17/2020 Proof of Service by PERSONAL SERVICE of

[View Document]   Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGMENT CONFERENCE ETC,

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGMENT CONFERENCE ETC, SEE
DOCUMENT FOR MORE

03/19/2020 Proof of Service by PERSONAL SERVICE of

[View Document]   Proof of Service by PERSONAL SERVICE of SUMMONS AND

COMPLAINT, NOTICE OF CASE MANAGMENT CONFERENCE E

Comment
SUMMONS AND COMPLAINT, NOTICE OF CASE MANAGMENT CONFERENCE ETC.
SEE DOCUMENT FOR MORE

03/19/2020 Proof of Service by PERSONAL SERVICE of

[View Document]   Proof of Service by PERSONAL SERVICE of SUMMONS AND

COMPLAINT, NOTICE OF CASE MANAGMENT CONFERENCE;

Comment
SUMMONS AND COMPLAINT, NOTICE OF CASE MANAGMENT CONFERENCE; SEE
DOCUMENT FOR MORE

03/19/2020 Proof of Service by PERSONAL SERVICE of

[View Document]   Proof of Service by PERSONAL SERVICE of SUMMONS AND

COMPLAINT, NOTICE OF CASE MANAGMENT CONFERENCE;

Comment
SUMMONS AND COMPLAINT, NOTICE OF CASE MANAGMENT CONFERENCE; SEE

DOCUMENT FOR MORE

03/19/2020 Proof of Service by PERSONAL SERVICE of

[ View Document ]   Proof of Service by PERSONAL SERVICE of SUMMONS AND

COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE,

Comment
SUMMONS AND COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE,
ETC. SEE DOCUMENT FOR MORE

03/19/2020 Proof of Service by PERSONAL SERVICE of

[ View Document ]   Proof of Service by PERSONAL SERVICE of SUMMONS AND

COMPLAINT, NOTICE OF CASE MANAGMENT CONFERENCE E

Comment
SUMMONS AND COMPLAINT, NOTICE OF CASE MANAGMENT CONFERENCE ETC.
SEE DOCUMENT FOR MORE

03/23/2020 Proof of Service by PERSONAL SERVICE of

[ View Document ]   Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT

03/23/2020 Proof of Service by PERSONAL SERVICE of

[ View Document ]   Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on EARTHBOUND PACKAGING PARTNERS, LLC

03/23/2020 Proof of Service by PERSONAL SERVICE of

View Document   Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on NUTRICIA NORTH AMERICA, INC

03/23/2020 Proof of Service by PERSONAL SERVICE of

View Document   Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on NUTRICIA NORTH AMERICA, INC

03/23/2020 Proof of Service by PERSONAL SERVICE of

View Document   Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on HARMLESS HARVEST, INC

03/23/2020 Proof of Service by PERSONAL SERVICE of

View Document   Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on EARTHBOUND FARM, LLC

Details

03/23/2020 Proof of Service by PERSONAL SERVICE of

View Document     Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on SILK OPERATING COMPANY, LLC

03/23/2020 Proof of Service by PERSONAL SERVICE of

View Document     Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on SILK OPERATING COMPANY, LLC

03/23/2020 Proof of Service by PERSONAL SERVICE of

View Document     Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on NATURAL SELECTION FOODS MANUFACTURING, LLC

03/23/2020 Proof of Service by PERSONAL SERVICE of

View Document     Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX

CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on EARTHBOUND HOLDINGS I, LLC

03/23/2020 Proof of Service by PERSONAL SERVICE of

View Document    Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment

SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on EARTHBOUND HOLDINGS II, LLC

03/23/2020 Proof of Service by PERSONAL SERVICE of

View Document    Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment

SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on EARTHBOUND HOLDINGS III, LLC

03/25/2020 Proof of Service by PERSONAL SERVICE of

View Document    Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment

SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR
STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE
STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX
CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT
STATEMENT served on CREAMER NATION. LLC

03/25/2020 Proof of Service by PERSONAL SERVICE of

View Document    Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment

SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT STATEMENT

03/25/2020 Proof of Service by PERSONAL SERVICE of

| View Document | Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT STATEMENT served on DANONE WATERS OF AMERICA, INC

03/25/2020 Proof of Service by PERSONAL SERVICE of

| View Document | Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Comment
SUMMONS, COMPLAINT, NOTICE OF CASE MANAGEMENT CONFERENCE, ADR STIPULATION AND EVALUATION INSTRUCTIONS, NOTICE OF COMPLEX CASE STATUS CONFERENCE, ADR INFORMATION SHEET, CERTIFICATE RE COMPLEX CASE DESIGNATION, CIVIL CASE COVERSHEET, BLANK CASE MANAGEMENT STATEMENT served on MONDELEZ GLOBAL, LLC

04/21/2020 Complex Case Status Conference

Judicial Officer
Master Calendar, -

Hearing Time
9:00 AM

06/25/2020 Case Management Conference

Judicial Officer
Case Management Conferences, -

Hearing Time
9:00 AM

# Financial

## EARTH ISLAND INSTITUTE

Total Financial Assessment

$1,435.00

Total Payments and Credits

$1,435.00

| 2/26/2020 | Transaction Assessment | | | $435.00 |
| 2/26/2020 | Transaction Assessment | | | $1,000.00 |
| 2/26/2020 | Case Payment | Receipt # 2020-011436-H... | MOLUMPHY, MARK C. | ($435.00) |
| 2/26/2020 | Case Payment | Receipt # 2020-011437-H... | MOLUMPHY, MARK C. | ($1,000.00) |

# Documents

| View Document | Notice of Case Management Conference |
| View Document | Certificate Re: Complex Case Designation |
| View Document | Civil Case Cover Sheet |
| View Document | Complaint |
| View Document | Summons Issued / Filed |
| View Document | Notice of Complex Case Status Conference |

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS AND COMPLAINT;

NOTICE OF CASE MANAGEMENT CONFERENCE;

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS AND COMPLAINT;

NOTICE OF CASE MANAGEMENT CONFERENCE;

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGMENT CONFERENCE ETC,

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS AND COMPLAINT,

NOTICE OF CASE MANAGMENT CONFERENCE E

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS AND COMPLAINT,

NOTICE OF CASE MANAGMENT CONFERENCE;

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS AND COMPLAINT,

NOTICE OF CASE MANAGMENT CONFERENCE;

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS AND COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE,

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS AND COMPLAINT,

NOTICE OF CASE MANAGMENT CONFERENCE E

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document | Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,

NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document      Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document      Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document      Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document      Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document      Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document      Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document      Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document      Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

View Document      Proof of Service by PERSONAL SERVICE of SUMMONS, COMPLAINT,
NOTICE OF CASE MANAGEMENT CONFERENCE, AD

Details

© 2020 Tyler Technologies, Inc. | All Rights Reserved

Version: 2017.1.17.0

