LATHAM & WATKINS LLP
Mary Rose Alexander (Bar No. 143899)
  *mary.rose.alexander@lw.com*
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
T: 312.876.7700; F: 312.993.9767

Robert M. Howard (Bar No. 145870)
  *robert.howard@lw.com*
12670 High Bluff Dr.
San Diego, CA 92130
T: 858.523.5400; F: 858.523.5450

Margaret A. Tough (Bar No. 218056)
  *margaret.tough@lw.com*
Shannon D. Lankenau (Bar No. 294263)
  *shannon.lankenau@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
T: 415.391.0600; F: 415.395.8095

*Attorneys for Defendant*
THE CLOROX COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL GEYSER WATER COMPANY; THE CLOROX COMPANY; THE COCA-COLA COMPANY; PEPSICO, INC.; NESTLÉ USA, INC.; MARS, INCORPORATED; DANONE NORTH AMERICA; MONDELEZ INTERNATIONAL, INC.; COLGATE-PALMOLIVE COMPANY; THE PROCTER & GAMBLE COMPANY; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-02212-SK<br><br>**NOTICE OF APPEARANCE OF ROBERT M. HOWARD**<br><br>Action Filed:    February 26, 2020 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Robert M. Howard of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel for Defendant The Clorox Company. He respectfully requests that all pleadings, notices, orders, correspondence and/or other papers in connection with this action be served upon him at the following address:

> Robert M. Howard (Bar No. 145870)
> LATHAM & WATKINS LLP
> 12670 High Bluff Drive
> San Diego, CA 92130
> Telephone: (858) 523-5400
> Facsimile: (858) 523-5450
> Email: robert.howard@lw.com

Dated: April 1, 2020               LATHAM & WATKINS LLP

By: /s/ *Robert M. Howard*
    Robert M. Howard

    Mary Rose Alexander
    Robert M. Howard
    Margaret A. Tough
    Shannon D. Lankenau

    *Attorneys for Defendant*
    THE CLOROX COMPANY