1  Mark C. Goodman (State Bar No. 154692)
   mark.goodman@bakermckenzie.com
2  Anne Kelts Assayag (State Bar No. 298710)
   anne.assayag@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
5  Facsimile:  +1 415 576 3099

6  Attorneys for Defendant
   MONDELĒZ GLOBAL LLC, erroneously sued as
7  MONDELĒZ INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL GEYSER WATER COMPANY,<br>THE CLOROX COMPANY,<br>THE COCA-COLA COMPANY,<br>PEPSICO, INC.,<br>NESTLÉ USA, INC.,<br>MARS, INCORPORATED,<br>DANONE NORTH AMERICA,<br>MONDELĒZ INTERNATIONAL, INC,<br>COLGATE-PALMOLIVE COMPANY,<br>THE PROCTER & GAMBLE COMPANY,<br>and DOES 1-25, inclusive,<br><br>Defendants. | **Case No.  3:20-cv-02212-SK**<br><br>**(Removed from San Mateo County Superior Court on April 1, 2020<br>Case No. 3:17-cv-02191-JSC)**<br><br>**Complaint Filed: February 26, 2020**<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT MONDELĒZ GLOBAL LLC, ERRONEOUSLY SUED AS MONDELĒZ INTERNATIONAL, INC.**<br><br>[Fed.R.Civ.P. 7.1] |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No. 3:20-cv-02212-SK
DEFENDANT MONDELĒZ'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mondelēz Global LLC, erroneously sued as Mondelēz International, Inc. ("Mondelēz"), hereby certifies that no parent corporation and/or publicly held corporation owns 10% or more of Mondelēz's stock.

Dated: April 2, 2020　　　　　　　　　　　　　**BAKER & McKENZIE LLP**

By: /s/ Mark C. Goodman
　　　Mark C. Goodman
Attorneys for Defendant
MONDELĒZ GLOBAL LLC, erroneously sued as MONDELĒZ INTERNATIONAL, INC.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

Case No. 3:20-cv-02212-SK
DEFENDANT MONDELĒZ'S CORPORATE DISCLOSURE STATEMENT