Andrew S. Tulumello, SBN 196484
Claire L. Chapla, SBN 314255
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.955.8500
Facismile: 202-530.9678
E-mail:  atulumello@gibsondunn.com
E-mail:  cchapla@gibsondunn.com

*Attorneys for Defendant PepsiCo, Inc.*
(additional counsel on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

EARTH ISLAND INSTITUTE,

      Plaintiff,

    v.

CRYSTAL GEYSER WATER COMPANY;
THE CLOROX COMPANY; THE COCA-
COLA COMPANY; PEPSICO, INC.;
NESTLÉ USA, INC.; MARS,
INCORPORATED; DANONE NORTH
AMERICA; MONDELĒZ
INTERNATIONAL, INC.; COLGATE-
PALMOLIVE COMPANY; THE PROCTER
& GAMBLE COMPANY; and DOES 1-25,
inclusive,

      Defendants.

CASE NO. 4:20-cv-02212-HSG

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFF EARTH ISLAND INSTITUTE'S MOTION TO REMAND**

The Honorable Haywood S. Gilliam, Jr.

Action Removed:     April 1, 2020

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING
SCHEDULE ON PLAINTIFF EARTH ISLAND INSTITUTE'S MOTION TO REMAND
CASE NO. 4:20-CV-02212-HSG

Pursuant to N.D. Cal. Civ. L.R. 6-2, Plaintiff Earth Island Institute and Defendants Crystal Geyser Water Company; The Clorox Company; The Coca-Cola Company; PepsiCo, Inc.; Nestlé USA, Inc.; Mars, Incorporated; Danone US, LLC; Mondelēz Global LLC; Colgate-Palmolive Company; and The Procter & Gamble Company (collectively, "Stipulating Defendants") stipulate and agree as follows, subject to the Court's approval:

WHEREAS, on April 1, 2020, Stipulating Defendants filed a Notice of Removal from the Superior Court of the State of California, County of San Mateo;

WHEREAS, Plaintiff intends to file a Motion to Remand pursuant to 28 U.S.C. § 1447 on or before May 1, 2020 ("Motion");

WHEREAS, under N.D. Cal. Civ. L.R. 7-3(a), the deadline for Stipulating Defendants to respond to Plaintiff's Motion is fourteen (14) days after the Motion is filed;

WHEREAS, under N.D. Cal. Civ. L.R. 7-3(c), the deadline for Plaintiff to file a reply brief is seven (7) days after the deadline for Stipulating Defendants' response;

WHEREAS, the parties have met and conferred concerning the briefing schedule on the Motion, and desire a short extension of the deadlines for their briefs;

WHEREAS, the parties agree that this stipulation does not waive any right to agree to or request further extensions;

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection, including personal jurisdiction; and

WHEREAS, this stipulation does not waive any party's right to seek any other relief from the Court.

NOW, THEREFORE, the parties hereby stipulate and agree, through their undersigned counsel and subject to the Court's approval, that:

1. Plaintiff's Motion to Remand shall be due on or before **May 1, 2020**.

2. Defendants' response to the Motion shall be due on or before **June 1, 2020**.

3. Plaintiff's reply shall be due on or before **June 22, 2020**.

1

1    Respectfully submitted,

2

3    Dated: April 30, 2020                    By:    **/s/ Mark C. Molumphy*

4                                              Joseph W. Cotchett (SBN 36324)
                                              Mark C. Molumphy (SBN 168009)
5                                              COTCHETT, PITRE, & MCCARTHY, LLP
                                              San Francisco Airport Office Center
6                                              840 Malcolm Road, Suite 200
                                              Burlingame, California 94010
7                                              Telephone:  (650) 697-6000
                                              Email:  mmolumphy@cpmlegal.com
8
                                              *Attorneys for Plaintiff Earth Island Institute*
9

10   Dated: April 30, 2020                    By:    */s/ Andrew S. Tulumello*

11                                             Andrew S. Tulumello (SBN 196484)
                                              Claire L. Chapla (SBN 314255)
12                                             GIBSON, DUNN & CRUTCHER LLP
                                              1050 Connecticut Avenue, N.W.
13                                             Washington, D.C. 20036
                                              Telephone:  202.955.8500
14                                             Facsimile:  202.530.9678
                                              Email:  atulumello@gibsondunn.com
15                                             Email:  cchapla@gibsondunn.com

16                                             *Attorneys for Defendant PepsiCo, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

2

1

By: **/s/ René P. Tatro

By: **/s/ Mary Rose Alexander

2

René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)

Mary Rose Alexander (SBN 143899)
LATHAM & WATKINS LLP

3

TATRO TEKOSKY SADWICK LLP
333 South Grand Avenue, Suite 4270

330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611

4

Los Angeles, California  90071
Telephone: (213) 225-7171

Telephone:  (312) 876-7700
E-mail:  mary.rose.alexander@lw.com

5

Facsimile: (213) 225-7151
E-mail:  rttro@ttsmslaw.com

Robert M. Howard (SBN 145870)

6

E-mail:  jmarkowitz@ttsmslaw.com

LATHAM & WATKINS LLP
12670 High Bluff Drive

7

*Attorneys for Defendant Crystal
Geyser Water Company*

San Diego, California 92130
Telephone:  (858) 523-5400

8

E-mail:  robert.howard@lw.com

9

Margaret A. Tough (SBN 218056)
Shannon D. Lankenau (SBN 294263)

10

LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000

11

San Francisco, California 94111
Telephone:  (415) 391-0600

12

E-mail:  margaret.tough@lw.com
E-mail:  shannon.lankenau@lw.com

13

*Attorneys for Defendant*

14

*The Clorox Company*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

By: **/s/ Gary T. Lafayette

Steven A. Zalesin
Jane Metcalf (*pro hac vice admission pending*)
PATTERSON BELKNAP
  WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Email: sazalesin@pbwt.com
Email: jmetcalf@pbwt.com

Gary T. Lafayette (SBN 888666)
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Email: glafayette@lkclaw.com

*Attorneys for Defendant*
*The Coca-Cola Company*


By: **/s/ Theodore J. Boutrous, Jr.

Theodore J. Boutros, Jr. (SBN 132099)
Perlette M. Jura (SBN 242332)
Bradley J. Hamburger (SBN 266916)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-6904
E-Mail: tboutrous@gibsondunn.com
E-Mail: pjura@gibsondunn.com
E-Mail: bhamburger@gibsondunn.com

*Attorneys for Defendant*
*Nestlé USA, Inc.*


By: **/s/ Stephen D. Raber

Stephen D. Raber (SBN 121958)
David Horniak (SBN 268441)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: sraber@wc.com
E-mail: dhorniak@wc.com

*Attorneys for Defendant*
*Mars, Incorporated*


By: **/s/ Angela C. Agrusa

Angela C. Agrusa (SBN 131337)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
E-mail: angela.agrusa@dlapiper.com

George Gigounas (SBN 209334)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: (415) 615-6005
Facsimile: (415) 659-7305
E-mail: george.gigounas@dlapiper.com

*Attorneys for Danone US, LLC*

By: **/s/ Mark C. Goodman

Mark C. Goodman (SBN 154692)
Anne Kelts Assayag (SBN 298710)
BAKER MCKENZIE LLP
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
Telephone: (415) 576-3080
Facsimile: (415) 374-2499
Email: mark.goodman@bakermckenzie.com
Email: anne.assayag@bakermckenzie.com

*Attorneys for Defendant*
*Mondelēz Global LLC*

By: **/s/ Richard Goetz

Richard Goetz (SBN 115666)
Dawn Sestito (SBN 214011)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-Mail:  dsestito@omm.com
E-Mail:  rgoetz@omm.com

*Attorneys for Defendant*
*Colgate-Palmolive Company*

By: **/s/ David C. Kiernan

David C. Kiernan (SBN 215335)
JONES DAY LLP
555 California Street, 26th floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email:  dkiernan@jonesday.com

*Attorneys for Defendant*
*The Procter & Gamble Company*

*** Pursuant to Civ. L.R. 5-1(i)(3), the elec-*
*tronic signatory has obtained approval from*
*this signatory*

1

**[PROPOSED] ORDER**

2
   Having reviewed the above Stipulation and Proposed Order Regarding Briefing Schedule on

3
Plaintiff Earth Island Institute's Motion to Remand, and good cause appearing, IT IS HEREBY

4
ORDERED that:

5
   1. Plaintiff's Motion to Remand shall be due on or before **May 1, 2020**.

6
   2. Any response to the Motion to Remand shall be due on or before **June 1, 2020**.

7
   3. Plaintiff's reply to any response shall be due on or before **June 22, 2020**.

8
**IT IS SO ORDERED**.

9

10
DATED: _____5/1/2020_____

11
_____

12
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP