1  Andrew S. Tulumello, SBN 196484
   Claire L. Chapla, SBN 314255
2  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
3  Washington, D.C. 20036
   Telephone: 202.955.8500
4  Facismile: 202-530.9678
   E-mail: atulumello@gibsondunn.com
5  E-mail: cchapla@gibsondunn.com

6  *Attorneys for Defendant PepsiCo, Inc.*
   (additional counsel on signature page)
7

8                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9                    OAKLAND DIVISION

10  EARTH ISLAND INSTITUTE,                    CASE NO. 4:20-cv-02212-HSG

11            Plaintiff,                       **JOINT STIPULATION AND [PROPOSED]
                                               ORDER REGARDING BRIEFING
12       v.                                    SCHEDULE ON PLAINTIFF EARTH
                                               ISLAND INSTITUTE'S MOTION TO
13  CRYSTAL GEYSER WATER COMPANY;              REMAND** (as modified)
    THE CLOROX COMPANY; THE COCA-
14  COLA COMPANY; PEPSICO, INC.;               The Honorable Haywood S. Gilliam, Jr.
    NESTLÉ USA, INC.; MARS,
15  INCORPORATED; DANONE NORTH                 Action Removed:   April 1, 2020
    AMERICA; MONDELĒZ
16  INTERNATIONAL, INC.; COLGATE-
    PALMOLIVE COMPANY; THE PROCTER
17  & GAMBLE COMPANY; and DOES 1-25,
    inclusive,
18
              Defendants.
19

Pursuant to N.D. Cal. Civ. L.R. 6-2, Plaintiff Earth Island Institute and Defendants Crystal Geyser Water Company; The Clorox Company; The Coca-Cola Company; PepsiCo, Inc.; Nestlé USA, Inc.; Mars, Incorporated; Danone US, LLC; Mondelēz Global LLC; Colgate-Palmolive Company; and The Procter & Gamble Company (collectively, "Stipulating Defendants") stipulate and agree as follows, subject to the Court's approval:

WHEREAS, on April 1, 2020, Stipulating Defendants filed a Notice of Removal from the Superior Court of the State of California, County of San Mateo;

WHEREAS, on May 1, 2020, Plaintiff filed a Motion to Remand pursuant to 28 U.S.C. § 1447;

WHEREAS, pursuant to this Court's May 1, 2020 Order, the deadline for Stipulating Defendants to respond to Plaintiff's Motion is June 1, 2020, and Plaintiff's deadline for any reply brief is June 22, 2020;

WHEREAS, on May 26, 2020, the U.S. Court of Appeals for the Ninth Circuit issued its opinions in *County of San Mateo v. Chevron Corp. et al.*, No. 18-15499 and *City of Oakland v. BP PLC et al.*, No. 18-16663, which relate to the arguments raised in Stipulating Defendants' Notice of Removal and Plaintiff's Motion to Remand;

WHEREAS, Stipulating Defendants desire a short extension of the deadline for their brief to enable them to fully address the Ninth Circuit's opinions and aid this Court in its consideration of the issues and the parties have met and conferred concerning the briefing schedule on the Motion;

WHEREAS, this stipulation does not modify the date for the hearing on Plaintiff's Motion to Remand, currently scheduled for July 9, 2020;

WHEREAS, this stipulation does not modify the deadline for each Stipulating Defendant to respond to Plaintiff's Complaint, which is 30 days after this Court issues a decision on Plaintiff's Motion to Remand, pursuant to the parties' April 3, 2020 stipulation;

WHEREAS, the parties agree that this stipulation does not waive any right to agree to or request further extensions;

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING
SCHEDULE ON PLAINTIFF EARTH ISLAND INSTITUTE'S MOTION TO REMAND
CASE NO. 4:20-CV-02212-HSG

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection, including personal jurisdiction; and

WHEREAS, this stipulation does not waive any party's right to seek any other relief from the Court.

NOW, THEREFORE, the parties hereby stipulate and agree, through their undersigned counsel and subject to the Court's approval, that:

1. Defendants' response to the Motion to Remand shall be due on or before **June 8, 2020**.
2. Plaintiff's reply shall be due on or before **July 1, 2020**.

Respectfully submitted,

Dated: May 28, 2020　　　　　　　　　　By:　**/s/ Mark C. Molumphy*

Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
COTCHETT, PITRE, & MCCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Email: mmolumphy@cpmlegal.com

*Attorneys for Plaintiff Earth Island Institute*

Dated: May 28, 2020　　　　　　　　　　By:　*/s/ Andrew S. Tulumello*

Andrew S. Tulumello (SBN 196484)
Claire L. Chapla (SBN 314255)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.530.9678
Email: atulumello@gibsondunn.com
Email: cchapla@gibsondunn.com

*Attorneys for Defendant PepsiCo, Inc.*

| | |
|---|---|
| By: **/s/ René P. Tatro* | By: **/s/ Mary Rose Alexander* |
| René P. Tatro (SBN 078383)<br>Juliet A. Markowitz (SBN 164038)<br>TATRO TEKOSKY SADWICK LLP<br>333 South Grand Avenue, Suite 4270<br>Los Angeles, California 90071<br>Telephone: (213) 225-7171<br>Facsimile: (213) 225-7151<br>E-mail: renetatro@ttsmlaw.com<br>E-mail: jmarkowitz@ttsmlaw.com<br><br>*Attorneys for Defendant Crystal Geyser Water Company* | Mary Rose Alexander (SBN 143899)<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>E-mail: mary.rose.alexander@lw.com<br><br>Robert M. Howard (SBN 145870)<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, California 92130<br>Telephone: (858) 523-5400<br>E-mail: robert.howard@lw.com<br><br>Margaret A. Tough (SBN 218056)<br>Shannon D. Lankenau (SBN 294263)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br>E-mail: margaret.tough@lw.com<br>E-mail: shannon.lankenau@lw.com<br><br>*Attorneys for Defendant The Clorox Company* |

| | | |
|---|---|---|
| 1 | By: **/s/ Gary T. Lafayette* | By: **/s/ Theodore J. Boutrous, Jr.* |
| 2 | Steven A. Zalesin | Theodore J. Boutrous, Jr. (SBN 132099) |
| | Jane Metcalf (*admitted pro hac vice*) | Perlette M. Jura (SBN 242332) |
| 3 | PATTERSON BELKNAP | Bradley J. Hamburger (SBN 266916) |
| |   WEBB & TYLER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 4 | 1133 Avenue of the Americas | 333 South Grand Avenue |
| | New York, New York 10036 | Los Angeles, California 90071-3197 |
| 5 | Telephone: (212) 336-2000 | Telephone:  (213) 229-7000 |
| | Email:  sazalesin@pbwt.com | Facsimile:  (213) 229-6904 |
| 6 | Email:  jmetcalf@pbwt.com | E-Mail:  tboutrous@gibsondunn.com |
| | | E-Mail:  pjura@gibsondunn.com |
| 7 | Gary T. Lafayette (SBN 888666) | E-Mail:  bhamburger@gibsondunn.com |
| | LAFAYETTE & KUMAGAI LLP | |
| 8 | 1300 Clay Street, Suite 810 | *Attorneys for Defendant* |
| | Oakland, California 94612 | *Nestlé USA, Inc.* |
| 9 | Telephone: (415) 357-4600 | |
| | Email:  glafayette@lkclaw.com | |
| 10 | | |
| | *Attorneys for Defendant* | |
| 11 | *The Coca-Cola Company* | |

By: **/s/ Stephen D. Raber*

Stephen D. Raber (SBN 121958)  
David Horniak (SBN 268441)  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005  
Telephone: (202) 434-5000  
Facsimile: (202) 434-5029  
E-mail:   sraber@wc.com  
E-mail:   dhorniak@wc.com  

*Attorneys for Defendant*  
*Mars, Incorporated*

By: **/s/ Angela C. Agrusa*

Angela C. Agrusa (SBN 131337)  
DLA PIPER LLP (US)  
2000 Avenue of the Stars  
Suite 400 North Tower  
Los Angeles, California 90067-4704  
Telephone:  (310) 595-3000  
Facsimile:  (310) 595-3300  
E-mail:  angela.agrusa@dlapiper.com  

George Gigounas (SBN 209334)  
DLA PIPER LLP (US)  
555 Mission Street, Suite 2400  
San Francisco, CA 94105-2933  
Telephone:  (415) 615-6005  
Facsimile:  (415) 659-7305  
E-mail:  george.gigounas@dlapiper.com  

*Attorneys for Danone US, LLC*

By: ***/s/ Mark C. Goodman*

Mark C. Goodman (SBN 154692)
Anne Kelts Assayag (SBN 298710)
BAKER MCKENZIE LLP
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
Telephone: (415) 576-3080
Facsimile: (415) 374-2499
Email:  mark.goodman@bakermckenzie.com
Email:  anne.assayag@bakermckenzie.com

*Attorneys for Defendant*
*Mondelēz Global LLC*

By: ***/s/ Richard Goetz*

Richard Goetz (SBN 115666)
Dawn Sestito (SBN 214011)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-Mail:  dsestito@omm.com
E-Mail:  rgoetz@omm.com

*Attorneys for Defendant*
*Colgate-Palmolive Company*


By: ***/s/ David C. Kiernan*

David C. Kiernan (SBN 215335)
JONES DAY LLP
555 California Street, 26th floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email:  dkiernan@jonesday.com

*Attorneys for Defendant*
*The Procter & Gamble Company*


** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

# [PROPOSED] ORDER

Having reviewed the above Stipulation and Proposed Order Regarding Briefing Schedule on Plaintiff Earth Island Institute's Motion to Remand, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' response to Plaintiff's Motion to Remand shall be due on or before **June 8, 2020**.
2. Plaintiff's reply to Defendants' response shall be due on or before **July 1, 2020**.

**IT IS SO ORDERED**, except that the hearing will be held on July 16th at 2:00 p.m.

DATED:      5/29/2020

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE